# United States Bankruptcy Court
## Northern District of Ohio

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle): <br> Schwab Industries, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): <br> None | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): EIN: 34-0782467 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State) <br> P.O. Box 400 <br> Dover, OH <br> ZIPCODE 44622 | Street Address of Joint Debtor (No. and Street, City, and State) <br> ZIPCODE |
| County of Residence or of the Principal Place of Business: <br> Tuscarawas | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): <br> See Attached Exhibit A <br> ZIPCODE | Mailing Address of Joint Debtor (if different from street address): <br> ZIPCODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | ZIPCODE |

**Type of Debtor** (Form of Organization) (Check one box)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [✓] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [✓] Other  Holding Company

**Tax-Exempt Entity** (Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code)

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [✓] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. §101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [✓] Debts are primarily business debts

**Filing Fee** (Check one box)
- [✓] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business as defined in 11 U.S.C. § 101(51D)
- [✓] Debtor is not a small business as defined in 11 U.S.C. § 101(51D)

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000

Check all applicable boxes
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- [✓] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| [✓] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1000-5000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Assets**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [✓] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

**Estimated Liabilities**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [ ] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [✓] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): Schwab Industries, Inc. |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location Where Filed: NONE | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: N.A. | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor: See Exhibit A Attached | Case Number: Pending | Date Filed: Date Hereof |
|---|---|---|
| District: Northern District of Ohio | Relationship: Affiliate | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).

X _____
    Signature of Attorney for Debtor(s)      Date

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United Sates in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable non bankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(1)).

**Voluntary Petition**
*(This page must be completed and filed in every case)*

Name of Debtor(s):
Schwab Industries, Inc.

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only **one** box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C.§ 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
(Date)

### Signature of Attorney*

X  /s/ Lawrence E. Oscar
Signature of Attorney for Debtor(s)

LAWRENCE E. OSCAR 0022696
Printed Name of Attorney for Debtor(s)

Hahn Loeser + Parks LLP
Firm Name

200 Public Square, Suite 2800
Address

Cleveland, Ohio 44114

216.621.0150
Telephone Number

February 28, 2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  /s/ David R. Exley
Signature of Authorized Individual

DAVID R. EXLEY
Printed Name of Authorized Individual

Vice President of Administration
Title of Authorized Individual

February 28, 2010
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, 2) I prepared this document for compensation, and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. § 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110 setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security Number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X_____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**EXHIBIT A**

**Mailing Addresses of Debtor (if different from street address):**

**The Debtors identified operate its business at the following locations:**

**Schwab Industries, Inc.**

| Description of Property | Address |
| --- | --- |
| Corporate Office | 2301 Progress Street<br>Dover, OH 44622 |
| FCC Tower | Ridge Road<br>New Philadelphia, OH 44663 |
| QBS New Philadelphia Yard | 358 Stonecreek Road, N.W.<br>New Philadelphia, OH 44663 |
| O.I.S. Tire Non-Operating Retread Plant | 2351 Brightwood Road<br>Midvale, OH 44653 |

**Twin Cities Concrete Co.**

| Description of Property | Address |
| --- | --- |
| Ready-Mix Plant | 141 Tuscarawas Avenue<br>Dover, OH 44622 |
| Ready-Mix Plant | 1031 Kensington Road, NE<br>Carrollton, OH 44615 |
| Ready-Mix Plant | 82700 Toot Road<br>Cadiz, OH 43907 |

**Medina Supply Company**

| Description of Property | Address |
| --- | --- |
| Block Plant | 661 Front Street<br>Berea, OH 44017 |
| Vacant Land | 1151 West Bagley Road<br>Berea, OH 44017 |
| Ready-Mix Plant | 1501 Industrial Parkway<br>Brunswick, OH 44212 |
| Ready-Mix Plant | 340 Steels Corner Road<br>Cuyahoga Falls, OH 44221 |
| Ready-Mix Plant | 1817 Riverside Drive<br>Massillon, OH 44647 |

| | |
|---|---|
| Ready-Mix Plant & Stoneyard | 820 West Smith Street<br>Medina, OH 44256 |
| Warehouse | 400 State Street<br>Medina, OH 44256 |
| Maintenance Facility | 800 Progress Drive<br>Medina, OH 442456 |
| Office & Maintenance Facility | 230 East Smith Road<br>Medina, OH 44256 |
| Non-Operating Block Plant | 300 State Road<br>Medina, OH 44256 |
| Ready-Mix Plant | 7725 Race Road<br>North Ridgeville, OH 44035 |
| Ready-Mix Plant | 12523 Prospect Road<br>Strongsville, OH 44136 |
| Ready-Mix Plant | 1516 Highland Road<br>Twinsburg, OH 44087 |
| Non-Operating Ready-Mix Plant | 10232 Pifer Road<br>Wadsworth, OH 44281 |

**Quality Block & Supply, Inc.**

| Description of Property | Address |
|---|---|
| Block Plant & Ready-Mix Plant | 18413 Dover Road<br>Mt. Eaton, OH 44659 |
| Ready-Mix Plant | 1550 Timken Road<br>Wooster, OH 444691 |

**Schwab Industries, Inc.**

| Description of Property | Address |
|---|---|
| Corporate Office | 2301 Progress Street<br>Dover, OH 44622 |

**Schwab Ready-Mix, Inc.**

| Description of Property | Address |
|---|---|

| | |
|---|---|
| Ready-Mix Plant | 7290 Alico Road<br>Fort Myers, FL 33902 |
| Ready-Mix Plant | 6300 Shirley Street<br>Naples, FL 33950 |
| Ready-Mix Plant | 2110 Pondella Road<br>North Fort Myers, FL 33903 |
| Ready-Mix Plant | 4200 Linwood Road<br>Placida, FL 34225 |
| Ready-Mix Plant | 3333 Acline Road<br>Punta Gorda, FL 33950 |
| Ready-Mix Plant | 123 S. Jackson<br>Venice, FL 34292 |
| Ready-Mix Plant | 1923 63rd Avenue E.<br>Bradenton, FL 34203 |
| Storage Building | 1102 Alchua Street<br>Immokalee, FL 34142 |
| Vacant Land Beside Port | 13250 Eastern Avenue<br>Palmetto, FL 34221 |
| Vacant Land | 14040 Harlee Road<br>Palmetto, FL 34221 |

**Eastern Cement Corp.**

| Description of Property | Address |
|---|---|
| Port Cement Terminal | 13250 Eastern Avenue<br>Palmetto, FL 34221 |

**Schwab Materials, Inc.**

| Description of Property | Address |
|---|---|
| Farm | Orange Grove (Lee County)<br>Estero, FL 33928 |

**Pending Bankruptcy Cases Filed by Affiliates of the Debtor:**

CLE - 2255760.1

On the date hereof, each of the affiliated entities listed below, including the debtor in this chapter 11 case (collectively, the "Debtors"), filed a petition in this Court for relief under chapter 11 of title 11 of the United States Code. Contemporaneously with the filing of their petitions, the Debtors filed a motion requesting that the Court jointly administer their chapter 11 cases.

| Debtors | Tax I.D. Nos. |
| --- | --- |
| Eastern Cement Corp. | 59-1167232 |
| Medina Cartage Co. | 34-0869373 |
| Medina Supply Company | 34-0693995 |
| O.I.S. Tire, Inc. | 34-1517525 |
| Quality Block & Supply, Inc. | 34-1542186 |
| Schwab Industries, Inc. | 34-0782467 |
| Schwab Materials, Inc. | 31-1668957 |
| Schwab Ready-Mix, Inc. | 59-1039196 |
| Twin Cities Concrete Company | 34-0698801 |