# UNITED STATES BANKRUPTCY COURT
## Northern District of Ohio

In re: Schwab Industries, Inc., Debtor

Case No. 10-60702

Chapter 11

## List of Equity Security Holders

| Holder of Security | Number Registered | Type of Interest |
|---|---|---|
| David A. Schwab<br>PO Box 4727<br>N. Fort Myers, FL 33918-4727 | 505 | Shares |
| Donna S. Schwab<br>4601 Gulf Shore Blvd. N.<br>Apt. 23<br>Naples, FL 34103-2215 | 123 | Shares |
| Jerry A. Schwab<br>4601 Gulf Shore Blvd. N.<br>Apt. 23<br>Naples, FL 34103-2215 | 824 | Shares |
| Mary Lynn Schwab<br>4120 Lochness Circle NW<br>Canton, OH 44718 | 379 | Shares |