The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below.



**/S/ RUSS KENDIG**

Russ Kendig
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# AT CANTON

```
------------------------------------------------ x
                                                 :   Chapter 11
In re:                                           :
                                                 :   Case No. 10-60702
SCHWAB INDUSTRIES, INC.,¹                        :
                                                 :   Judge Russ Kendig
            Debtor.                              :
                                                 :   Joint Administration Pending
------------------------------------------------ x
                                                 :   Chapter 11
In re:                                           :
                                                 :   Case No. 10-60703
MEDINA CARTAGE CO.,                              :
                                                 :   Judge Russ Kendig
            Debtor.                              :
                                                 :   Joint Administration Pending
------------------------------------------------ x
```

---

¹ The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number are: Schwab Industries, Inc. (2467); Medina Cartage Co. (9373); Medina Supply Company (3995); Quality Block & Supply, Inc. (2186); O.I.S. Tire, Inc. (7525); Twin Cities Concrete Company (9196); Schwab Ready-Mix, Inc. (8801); Schwab Materials, Inc. (8957); and Eastern Cement Corp. (7232).

ORDER TO JOINTLY ADMINISTER - CLE - 2247133.1

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| MEDINA SUPPLY COMPANY, | : | Case No. 10-60704 |
| | : | |
| Debtor. | : | Judge Russ Kendig |
| | : | |
| | : | Joint Administration Pending |
| ------------------------------------------------------- x | | |
| In re: | : | Chapter 11 |
| | : | |
| QUALITY BLOCK & SUPPLY, INC., | : | Case No. 10-60705 |
| | : | |
| Debtor. | : | Judge Russ Kendig |
| | : | |
| | : | Joint Administration Pending |
| ------------------------------------------------------- x | | |
| In re: | : | Chapter 11 |
| | : | |
| O.I.S. TIRE, INC., | : | Case No. 10-60706 |
| | : | |
| Debtor. | : | Judge Russ Kendig |
| | : | |
| | : | Joint Administration Pending |
| ------------------------------------------------------- x | | |
| In re: | : | Chapter 11 |
| | : | |
| TWIN CITIES CONCRETE COMPANY, | : | Case No. 10-60707 |
| | : | |
| Debtor. | : | Judge Russ Kendig |
| | : | |
| | : | Joint Administration Pending |
| ------------------------------------------------------- x | | |
| In re: | : | Chapter 11 |
| | : | |
| SCHWAB READY-MIX, INC., | : | Case No. 10-60708 |
| | : | |
| Debtor. | : | Judge Russ Kendig |
| | : | |
| | : | Joint Administration Pending |
| ------------------------------------------------------- x | | |
| In re: | : | Chapter 11 |
| | : | |
| SCHWAB MATERIALS, INC., | : | Case No. 10-60709 |
| | : | |
| Debtor. | : | Judge Russ Kendig |
| | : | |
| | : | Joint Administration Pending |
| ------------------------------------------------------- x | | |

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| EASTERN CEMENT CORP., | : | Case No. 10-60710 |
| | : | |
| | : | Judge Russ Kendig |
| Debtor. | : | |
| | : | Joint Administration Pending |
| ------------------------------------------------------- x | | |

## ORDER PURSUANT TO BANKRUPTCY RULE 1015(b) GRANTING JOINT ADMINISTRATION OF CASES

Upon consideration of the motion, dated February 28, 2010 (the "Motion"), of Schwab Industries, Inc ("SII"), Medina Cartage Co. ("MCC"), Medina Supply Company ("MSC"), Quality Block & Supply, Inc. ("QBS"), O.I.S. Tire, Inc. ("OIS"), Twin Cities Concrete Company ("TCC"), Schwab Ready-Mix, Inc. ("SRM"), Schwab Materials, Inc. ("SMI") and Eastern Cement Corp. ("ECC", and together with SII, MCC, MSC, QBS, OIS, TCC, SRM and SMI, the "Debtors"), the debtors and debtors in possession in the above-captioned Chapter 11 cases (the "Cases"), for entry of an order pursuant to Bankruptcy Rule 1015(b) directing the joint administration of the Cases; and based upon the *Affidavit of David R. Exley in Support of Chapter 11 Petitions and First-Day Motions* (the "Exley Affidavit") filed concurrently with the Motion; and after due deliberation and hearing, this Court finds that: (i) it has jurisdiction over the matters raised in the Motion under 28 U.S.C. §§157 and 1334; (ii) venue of this matter is proper under 28 U.S.C. §§1408 and 1409; (iii) this matter is a core proceeding under 28 U.S.C. §157(b)(2); (iv) the relief requested in the Motion is in the best interests of Debtors, their estates, creditors, and other parties in interest; (v) adequate and proper notice of the Motion and the hearing thereon has been given and that no other or further notice is necessary; and (vi) good and sufficient cause exists for the granting of the relief requested in the Motion as set forth herein. Accordingly,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The Motion is GRANTED in its entirety.

2. Debtors' respective captioned and numbered cases shall be, and hereby are, consolidated for procedural purposes only, and shall be jointly administered in accordance with Bankruptcy Rule 1015(b).

3. Nothing contained in this Order shall be deemed or construed as directing or otherwise affecting the substantive consolidation of any of Debtors' respective cases.

4. The caption of the jointly administered cases shall read as follows:

**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
AT CANTON**

------------------------------------------------------------ x
In re:                                : Chapter 11
                                      :
SCHWAB INDUSTRIES, INC., *et al.*,[1] : Case No. 10-60702
                                      : (Jointly Administered)
       Debtors.                       :
                                      : Judge Russ Kendig
------------------------------------------------------------ x

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number are: Schwab Industries, Inc. (2467); Medina Cartage Co. (9373); Medina Supply Company (3995); Quality Block & Supply, Inc. (2186); O.I.S. Tire, Inc. (7525), Twin Cities Concrete Company (9196); Schwab Ready-Mix, Inc. (8801); Schwab Materials, Inc. (8957); and Eastern Cement Corp. (7232).

5. A docket entry shall be made in each of the above-captioned and numbered cases substantially as follows:

> An order has been entered in this case directing the procedural consolidation and joint administration of the Chapter 11 cases of Schwab Industries, Inc., Medina Cartage Co., Medina Supply Company, Quality Block & Supply, Inc., O.I.S. Tire, Inc., Twin Cities Concrete Company, Schwab Ready-Mix, Inc., Schwab Materials, Inc. and Eastern Cement Corp. The docket in Case No. 10-60702 should be consulted for all matters affecting this case.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation of this Order.

IT IS SO ORDERED.

# # #

Prepared and Submitted By,

<u>/s/ *Lawrence E. Oscar*</u>
Lawrence E. Oscar (0022696)
Daniel A. DeMarco (0038920)
Christopher B. Wick (0073126)
Christopher W. Peer (0076257)
HAHN LOESER & PARKS LLP
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone: (216) 621-0150
Facsimile: (216) 241-2824
E-mail: leoscar@hahnlaw.com
dademarco@hahnlaw.com
cwick@hahnlaw.com
cpeer@hahnlaw.com

*Proposed Counsel to Debtors*