UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In Re: )
 )
SCHWAB INDUSTRIES INC. *et al.,* ) Case No. 10-60702
 )
 )
 ) Chapter 11
 )
 **Debtor(s)** ) Judge Russ Kendig

## APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

Pursuant to section 1102(a) of the Bankruptcy Code, the following creditors of the above-named debtor, being among those holding the largest unsecured claims and who are willing to serve, are appointed to the committee of unsecured creditors:

**HOLCIM (US) INC.**
c/o Joaquin S. Urrea
201 Jones Road
Waltham. MA 02451
Phone: (781) 647-2373
Fax:   (781) 647-2518
(Temporary Chairperson)

**CEMEX INC.**
c/o Thomas Shimko
2600 Paramount Place
Suite 450
Fairborn OH 45324
Phone: (937) 306-4126
Fax:   (937) 306-4128

**NATIONAL LIME & STONE CO.**
c/o D. Keith Halcomb
551 Lake Cascade Parkway
P O Box 120
Findlay OH 45839
Phone: (419) 422-4341
Fax:   (419) 422-3952

**ST. MARYS CEMENT**
c/o Paul J. Lemanski
9333 Dearborn Street
Detroit, MI 48209
Phone: (313) 849-4588
Fax:   (313) 849-4555

**THE EUCLID CHEMICAL COMPANY**
c/o Nicholas Adams
19218 Redwood Road
Cleveland OH 44110
Phone: (216) 531-9222
Fax:   (216) 531-9596


Respectfully Submitted,

Daniel M. McDermott
United States Trustee

By: */s/ Maria D. Giannirakis*
    Maria D. Giannirakis #(0038221)
    Trial Attorney for U.S. Trustee


Date:   March 9, 2010

cc:   Committee Members
      Attorney for the Debtor(s)