

**/S/ RUSS KENDIG**

Russ Kendig
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| SCHWAB INDUSTRIES, INC., | ) | CASE NO. 10-60702 |
| *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | JUDGE RUSS KENDIG |
| | ) | |
| | ) | **NOTICE RELATED TO MOTION** |
| | ) | **FOR SUPERPRIORITY FINANCING** |
| | ) | |

In addition to the testimony, exhibits, and related evidentiary material introduced at the preliminary hearing on Debtors' Motion Seeking Entry of Order Authorizing Post-petition Secured Superpriority Financing ("Motion"), conducted on March 2, 2010, and the testimony, exhibits and related evidentiary material submitted during the final hearing, conducted on March 17, 2010 and March 19, 2010, several transcripts have been filed with the Court, as identified below:

| Witness: | Docket Event/s: |
|---|---|
| Thomas Conery | #140 |
| Christopher Hall | #141 |
| Richard Hire | #142 |
| Douglas W. Vanderhook | #143 |
| John A. Gillott | #148 |
| Ted Curtis | #153, #154 |

| | |
|---|---|
| David John Lantrip | #156 |
| David Alan Schwab | #157 |
| Mark T. Newheart | #158 |
| Robert A. Simons | #159, #168 |
| Robert J. Vodinelic | #161, #172 |
| Clifford Bowen | #162, #170 |
| Andrew F. Lorms | #163, #171 |

The Court hereby provides notice of its intent to rely on the above documents in consideration of the Motion and related objections.

In addition to the above, the Court also has received transcripts of testimony from the following individuals:

Haynes Hendry
Frank A. Catlett

These transcripts have not been filed with the Court. The Court hereby instructs that the transcripts be filed with the Court if the submitting party intends for the Court to use these evidentiary materials in deciding the Motion and related objections.

It is so ordered.

# # #

**Service List**:

Lawrence E Oscar
Daniel A DeMarco
Christopher B Wick
Christopher W Peer
200 Public Sq
Suite 2800
Cleveland, OH 44114-2301

Marc B Merklin
Kate M Bradley
Bridget A Franklin
Brouse McDowell, LPA
388 S. Main Street, Suite 500
Akron, OH 44311

Vaughn A. Hoblet
Marshal & Melhorn, LLC
Four SeaGate, 8th Floor
Toledo, OH 43604-2638

Alan R. Lepene
Curtis L. Tuggle
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114-1291

Diana M. Thimmig
Roetzel & Andress LPA
1375 E. Ninth St.
One Cleveland Center, 9th Floor
Cleveland, OH 44114

Patricia B. Fugee
Roetzel & Andress LPA
One SeaGate, Suite 1700, 17th Floor
Toledo, OH 43604

Doug Lutz
Frost Brown Todd
2200 PNC Center
201 E. Fifth St.
Cincinnati, OH 45202-4182

Richard S. Lauter
Freeborn & Peters LLP
311 S. Wacker Dr.
Suite 3000
Chicago, IL 60606

James W. Ehrman
Mary K. Whitmer
John P. Archer
Kohrman Jackson & Krantz, PLL
1375 E. 9th St., 20th Floor
One Cleveland Center
Cleveland, OH 44114-1793