The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below.





Russ Kendig
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| SCHWAB INDUSTRIES, INC., | ) | CASE NO. 10-60702 |
| et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | JUDGE RUSS KENDIG |
| | ) | |
| | ) | **ORDER DENYING DEBTORS'** |
| | ) | **MOTION SEEKING ENTRY OF** |
| | ) | **ORDER AUTHORIZING POST-** |
| | ) | **PETITION SECURED** |
| | ) | **SUPERPRIORITY FINANCING** |

In accordance with the oral decision announced by the Court in open court on March 22, 2010, the Debtors' Motion Seeking Entry of Order (I) Authorizing Post-Petition Secured Superpriority Financing Pursuant to Bankruptcy Code Sections 105, 361, 362, 363(c), 363(e), 364(c)(1), 364(c)(2), 364(c)(3), 364(d) and 364(e), (II) Granting Adequate Protection Pursuant to Sections 361, 363 and 364 of the Bankruptcy Code, (III) Modifying the Automatic Stay and (IV) Setting a Final Hearing Pursuant to Bankruptcy Rules 4001 is **DENIED**.

It is so ordered.

#     #     #

**Service List**:

Lawrence E Oscar
Daniel A DeMarco
Christopher B Wick
Christopher W Peer
200 Public Sq
Suite 2800
Cleveland, OH 44114-2301

Marc B Merklin
Kate M Bradley
Bridget A Franklin
Brouse McDowell, LPA
388 S. Main Street, Suite 500
Akron, OH 44311

Vaughn A. Hoblet
Marshal & Melhorn, LLC
Four SeaGate, 8th Floor
Toledo, OH 43604-2638

Alan R. Lepene
Curtis L. Tuggle
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114-1291

Diana M. Thimmig
Roetzel & Andress LPA
1375 E. Ninth St.
One Cleveland Center, 9th Floor
Cleveland, OH 44114

Patricia B. Fugee
Roetzel & Andress LPA
One SeaGate, Suite 1700, 17th Floor
Toledo, OH 43604

Doug Lutz
Frost Brown Todd
2200 PNC Center
201 E. Fifth St.
Cincinnati, OH 45202-4182

Richard S. Lauter
Freeborn & Peters LLP
311 S. Wacker Dr.
Suite 3000
Chicago, IL 60606

James W. Ehrman
Mary K. Whitmer
John P. Archer
Kohrman Jackson & Krantz, PLL
1375 E. 9th St., 20th Floor
One Cleveland Center
Cleveland, OH 44114-1793