**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**AT CANTON**

```
-------------------------------------------------- x
In re:                                             :   Chapter 11
                                                   :
SCHWAB INDUSTRIES, INC., et al.,¹                  :   Case No. 10-60702
                                                   :   (Jointly Administered)
                           Debtors.                :
                                                   :   Judge Russ Kendig
-------------------------------------------------- x
```

**MOTION FOR ORDER (1) AUTHORIZING THE AUCTION SALES OF CERTAIN
NON-CORE ASSETS, FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND
ENCUMBRANCES; (2) WAIVING THE FOURTEEN-DAY STAY PERIOD PROVIDED
BY BANKRUPTCY RULE 6004(H); AND (3) GRANTING RELATED RELIEF**

Schwab Industries, Inc ("SII"), Medina Cartage Co. ("MCC"), Medina Supply Company ("MSC"), Quality Block & Supply, Inc. ("QBS"), O.I.S. Tire, Inc. ("OIS"), Twin Cities Concrete Company ("TCC"), Schwab Ready-Mix, Inc. ("SRM"), Schwab Materials, Inc. ("SMI") and Eastern Cement Corp. ("ECC", and together with SII, MCC, MSC, QBS, OIS, TCC, SRM and SMI, the "Debtors"), the debtors and debtors in possession in the above-captioned Chapter 11 cases (the "Cases"), by and through their undersigned counsel, hereby move (the "Non-Core Asset Sale Motion") this Bankruptcy Court for an order (1) authorizing the auction sale of certain non-core assets, free and clear of liens, claims, interests and encumbrances, (2) waiving the fourteen-day stay period provided by Bankruptcy Rule 6004(h); and (3) granting related relief. In support of this Non-Core Asset Sale Motion, Debtors respectfully states as follows:

---

¹ The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number are: Schwab Industries, Inc. (2467); Medina Cartage Co. (9373); Medina Supply Company (3995); Quality Block & Supply, Inc. (2186); O.I.S. Tire, Inc. (7525), Twin Cities Concrete Company (9196); Schwab Ready-Mix, Inc. (8801); Schwab Materials, Inc. (8957); and Eastern Cement Corp. (7232).

CLE - 2647843.1

## BACKGROUND FACTS

1.     On February 28, 2010 (the "<u>Petition Date</u>"), Debtors commenced the Cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code.   The Cases are being jointly administered pursuant to an Order of this Court.

2.     Debtors are continuing in possession of their properties and assets and are operating and managing their businesses as debtors-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.  No trustee or examiner has been appointed in the Cases.

3.     On March 9, 2010, the United States Trustee appointed an official committee of unsecured creditors (the "<u>Committee</u>").

4.     The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§157 and 1334. Venue of this case in this district is proper pursuant to 28 U.S.C. §§1408 and 1409.  This is a core proceeding pursuant to 28 U.S.C. §157(b)(2).

### *Debtors and Debtors' Businesses*

5.     Debtors' businesses produce, supply and distribute ready-mix concrete, concrete block, cement and related supplies to commercial, governmental and residential contractors throughout Northeast Ohio and Southwest Florida.  Debtors employ approximately 350 workers (all of whom are non-union) who are stationed across Ohio and Florida either at Debtors' Dover, Ohio headquarters or at one of twenty ready-mix plants (13 in Ohio and 7 in Florida) or three Ohio plants which produce concrete block.

6.     With more than 40 years experience in the construction industry, Debtors have built a reputation of success and quality.  Debtors' competitive advantages flow from their attention to timeliness and an emphasis on geographic positioning of its locations near to interstates and high traffic areas to allow for expedient delivery of materials, concrete, concrete block and cement.

CLE - 2647843.1

7.     As a result of their reputation and relationships, Debtors benefit from many longstanding and continuing relationships with all levels of government.  Projects from federal, state and municipal agencies, in Ohio and Florida, provide a material portion of Debtors' work.

8.     In addition to those operations in Ohio and Florida described above, through Debtor ECC, Debtors hold exclusive access to a deep-water terminal at Port Manatee on the Gulf of Mexico.  The strategic positioning of Port Manatee allows Debtors to both (i) efficiently distribute imported cement and aggregates throughout Florida; and (ii) export material throughout the Gulf of Mexico region.

9.     Their geographic advantages, existing relationships, reputation and import/export capabilities, uniquely situate Debtors to take advantage of opportunities resulting from Federal stimulus money over the next few years.

### *Individual Debtors*

10.     Debtor SII is an Ohio corporation headquartered in Dover, Ohio which serves as the holding company of the other Debtors.  As the parent organization, SII owns, either directly or through another Debtor, all the equity interests of the other Debtors.  SII is owned entirely by four members of the Schwab family.

11.     Debtor MCC is an Ohio corporation headquartered in Dover, Ohio.  MCC operates certain transportation systems which support the other Ohio Debtors.  MCC is a wholly owned subsidiary of SII.

12.     Debtor MSC is an Ohio corporation headquartered in Dover, Ohio.  MSC operates eight (8) ready-mix plants in Northeast Ohio.  MSC is a wholly owned subsidiary of SII.

13.     Debtor TCC is an Ohio corporation headquartered in Dover, Ohio.  TCC operates three (3) ready-mix plants in Northeast Ohio.  TCC is a wholly owned subsidiary of SII.

14.     Debtor OIS is an Ohio corporation headquartered in Dover, Ohio.  OIS'

3

CLE - 2647843.1

operations have been substantially wound down and OIS is administering its remaining assets and liabilities. OIS is a wholly owned subsidiary of SII.

15.    Debtor QBS is an Ohio corporation headquartered in Dover, Ohio. QBS operates two (2) ready-mix plants and a block plant in Northeast Ohio. QBS is a wholly owned subsidiary of SII.

16.    Debtor SRM is a Florida corporation with a mailing address in Dover, Ohio. SRM operates seven (7) ready-mix plants along the gulf coast of Florida. SRM is a wholly owned subsidiary of SII.

17.    Debtor SMI is a Florida corporation with a mailing address in Dover, Ohio. SMI wholly owns both ECC and a 2,100 acre plot of land (the "Orange Grove") on the gulf coast of Florida near Fort Myers that has been identified as a primary future source of aggregates (mineral materials such as sand or stone, used in making concrete) that can be mined once proper approvals are obtained. The Orange Grove is currently profitable, producing fruit and other perishables sold to third parties. SMI is a wholly owned subsidiary of SRM.

18.    Debtor ECC is a Florida corporation with a mailing address in Dover, Ohio. ECC operates a modern 40,000 metric ton terminal in Port Manatee, the largest deep water port near the Panama Canal. Located on the Gulf of Mexico, Port Manatee provides outstanding access for Debtors to export and import cement and aggregates to other non-American markets. ECC uses this port access to support the sales efforts of Debtors both directly and indirectly. Specifically, ECC sells 40% of cement imported through ECC directly to SRM, and sells all other imported cement to independent companies that do not directly compete with Debtors. ECC is a wholly owned subsidiary of SMI.

### Events Leading to the Chapter 11 Filing

19.    Debtors are leaders in the production, supply and distribution of ready-mix

4

concrete, concrete block, cement and related supplies to commercial, municipal and residential contractors throughout Northeast Ohio and Southwest Florida. In fiscal year 2006, they provided more than $208 million worth of product to their customers.

20. During fiscal year 2007 and thereafter, as a result of the nationwide real estate crash and the consequential dramatic slow down in the construction industry, Debtors' operations, particularly in Southwest Florida (where real estate and new construction has steeply declined), suffered.[2] The decrease in sales negatively impacts Debtors' working capital availability and cash flows.

21. As of December 31, 2009, Debtors report a book value of total assets of $104,915,117, with cash of $672,698 and total "working capital"[3] assets of $15,854,211.

22. Similarly, as of December 31, 2009, Debtors owe their Secured Lenders[4] pursuant to that certain Amended and Restated Credit Agreement dated October 18, 2007 (i) $8,582,950 on account of a certain revolving line of credit (the "Revolving Line of Credit"); (ii) $19,125,245 on account of that certain "Term A" Loan (the "Term A Loan"); and (iii) $31,995,586 on account of that certain "Term B" Loan (the "Term B Loan" and together with the Revolving Line of Credit and the Term A Loan, the "Secured Loans"). Upon information and belief, a first priority security interest in substantially all the personal property assets of Debtors and a first priority mortgage interest in substantially all the real property of Debtors secures repayment of the Secured Loans.

23. Also, as of December 31, 2009, Debtors' financial statements report trade

---

[2] For fiscal year ending April 30, 2007, Debtors had approximately $197,000,000 in sales. For fiscal year ending April 30, 2008, Debtors had approximately $144,000,000 in sales. For fiscal year ending April 30, 2009, Debtors had approximately $103,000,000 in sales. Debtors' fiscal year ends each April 30. The decrease in sales was significantly sharper for Debtors' Florida operations.

[3] "Working capital" assets are understood to be comprised of cash, accounts receivable, inventory and prepaid expenses.

[4] The "Secured Lenders" are KeyBank, National Association, Bank of America, N.A. and The Huntington National Bank.

payables of $13,390,149.

24. On or about January 13, 2010, the Secured Lenders notified Debtors of their default of certain obligations pursuant to the Secured Loans.

25. Debtors present cash needs are at their seasonal peak due to the slowdown in construction activity in winter and the inability to create concrete at certain temperatures.

26. Debtors have sought financing from numerous possible lending services, including key customers, such as National Lime and Stone Company, among others. Unfortunately, these efforts have been unsuccessful.

27. Debtors' unsuccessful efforts to obtain refinancing resulted in their current liquidity crisis. This liquidity crisis necessitated Debtors' petition for relief under Chapter 11 of the Bankruptcy Code.

### The Sale Process

28. In connection with their agreement to permit Debtors' use of cash collateral, the Secured Lenders require Debtors to seek approval of certain sale and bidding procedures, including for the sale of certain non-core assets (as described in Exhibit A hereto, the "Non-Core Assets"). Debtors fully reserve, subject to the consent of the Secured Lenders, the right to remove assets from the listing of Non-Core Assets and have them included as "Core Assets."

29. Contemporaneously with the filing of this Non-Core Asset Sale Motion, Debtors are filing a *Motion for an Order (1) Approving Auction and Bidding Procedures and an Auction Date; (2) Scheduling Date and Time for Sale Hearing; (3) Approving the Form and Manner of Service of Notice of the Sale Hearing and Auction Pursuant to Bankruptcy Rules 2002, 6004 and 6006; (4) Approving the Form and Manner of Service of Notice of the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases; and (5) Granting Related Relief,* (the "Sale Procedures Motion") and a related sale approval motion for such assets (the

6

"Sales Motion"). The Sales Procedure Motion and the Sale Motion concern Debtors' assets other than the Non-Core Assets (collectively, the "Core Assets").

30.     As more fully described herein, Debtors contemplate an absolute auction of the Non-Core Assets to raise much-needed working capital. Contemporaneously with the filing of this Non-Core Asset Sale Motion, Debtors also are filing applications to retain Chartwell Group ("Chartwell") as the auctioneer of Debtors' non-core real estate assets (the "Non-Core Real Estate Assets") and Cincinnati Industrial Auctioneers, Inc. ("Cincinnati") as the auctioneer of Debtors' non-core personal property assets (the "Non-Core Personal Property Assets"). Debtors will sell Non-Core Real Estate Assets and the Non-Core Personal Property Assets at auctions conducted by Chartwell and Cincinnati, respectively.

### Justification of the Sale Process

31.     It is necessary to pursue a sale expeditiously to guard against the erosion of Debtors' collateral base and provide much needed working capital to support the Debtors' ongoing opreations. Unless Debtors move quickly to sell the Non-Core Assets, it is likely that the Senior Lenders will not permit further use of cash collateral and one or more of Debtors' businesses will have to be shutdown altogether.

### RELIEF REQUESTED

32.     By this Non-Core Asset Sale Motion, Debtors request authority pursuant to sections 105, 363, 365 and 1146(c) of the Bankruptcy Code and Rules 6004 and 6006 of the Bankruptcy Rules to sell free and clear of liens, claims, interests and encumbrances the Debtors' Non-Core Assets at absolute auctions.

### APPLICABLE LAW AND AUTHORITY

**I.     THE SALE OF ASSETS FREE AND CLEAR OF ALL CLAIMS, LIENS, INTERESTS AND ENCUMBRANCES IS WARRANTED.**

CLE - 2647843.1

**A.    The Sale of the Assets is within the Sound Business Judgment of Debtors.**

33.    Section 363(b)(1) of the Bankruptcy Code provides that "[t]he trustee, after notice and a hearing, may use, sell, or lease, other than in the ordinary course of business, property of the estate."  11 U.S.C. § 363.  Debtors respectfully submit that ample authority exists for the approval of the proposed sale of the Assets pursuant to section 363 of the Bankruptcy Code with all possible swiftness.

34.    In determining whether to authorize such use, sale or lease of property outside the ordinary course of business and outside of any chapter 11 plan pursuant to section 363(b), Debtors must show that a sound business purpose justifies such actions.  In fact, the Sixth Circuit has concluded that "a bankruptcy court can authorize a sale of a chapter 11 debtor's assets under § 363(b)(1) when a sound business purpose dictates such action" prior to confirmation of a plan of reorganization.  *See Stephens Indus., Inc. v. McClung,* 789 F.2d 386, 389-90 (6th Cir. 1986); *see also In re Lionel Corp.* 722 F.2d 1063, 1070 (2d Cir. 1983).  The issue directly before the *Lionel* court was "to what extent chapter 11 permits a bankruptcy judge to authorize the sale of an important asset of the bankrupt's estate, out of the ordinary course of business and prior to acceptance and outside of any plan of reorganization."  *In re Lionel Corp.*, 722 F.2d at 1066.

35.    The *Lionel* test requires a debtor to establish, as a threshold matter, a "sound business reason" justifying the pre-confirmation sale of assets.  The *Lionel* court held that, when addressing a motion pursuant to Bankruptcy Code section 363(b), a bankruptcy judge should consider all salient factors and the business justifications for a debtor to sell assets pursuant to Bankruptcy Code section 363(b).  *Id.* at 1071.

36.    To demonstrate a sound business purpose warranting a sale, courts within the Sixth Circuit and in other jurisdictions have developed a four-part test requiring a debtor to demonstrate:  (1) a sound business reason; (2) accurate and reasonable notice; (3) an adequate

8

price; and (4) good faith. *See In re Country Manor of Kenton, Inc.*, 172 B.R. 217, 220-21 (Bankr. N.D. Ohio 1994); *In re Titusville Country Club,* 128 B.R. 396, 399 (Bankr. W.D. Pa. 1991) (sale of substantially all of the assets was justified where the debtor could show a sound business reason, accurate and reasonable notice, adequate price and good faith); *In re Phoenix Steel Corp.,* 82 B.R. 334, 335-36 (Bankr. D. Del. 1987) (stating that judicial approval of a section 363 sale requires a showing that the proposed sale is fair and equitable, a good business reason exists for completing the sale and that the transaction is in good faith).

37.     Debtors submit that there is ample justification for the proposed auction sales of the Non-Core Assets.

38.     Debtors do not presently have sufficient working capital to operate their businesses.  To address their working capital needs, Debtors reached an agreement with the Senior Lenders for the use of cash collateral that requires and depends upon an absolute auction of the Non-Core Assets.

C.     **The Contemplated Sale of the Non-Core Assets Satisfies the Requirements of Section 363(f) of the Bankruptcy Code.**

39.     Under section 363(f) of the Bankruptcy Code, a debtor-in-possession may sell all or any part of its property free and clear of any and all liens, claims, encumbrances and interests in such property if,

(1)     applicable nonbankruptcy law permits sale of such property free and clear of such interest;

(2)     such entity consents;

(3)     such interest is a lien and the price at which such property is to be sold is greater than the aggregate value of all liens on such property;

(4)     such interest is in bona fide dispute; or

(5)     such entity could be compelled, in legal or equitable proceeding, to accept a money satisfaction of such interest.

9

*See* 11 U.S.C. § 363(f); *In re Kellstrom Indus., Inc.*, 282 B.R. 787, 793-96 (Bankr. D. Del. 2002) (section 363(f) is written in the disjunctive; the court approved the sale "free and clear" where only one of the five subsections of section 363(f) were met).

40.     The sales at absolute auctions of the Non-Core Assets contemplated by this Motion satisfies these requirements.

## VI.     DEBTORS REQUEST THAT THE COURT WAIVE THE 14-DAY STAY UNDER BANKRUPTCY RULE 6004(H).

41.     Pursuant to Bankruptcy Rules 6004(h) and 6006(d), unless the court orders otherwise, all orders authorizing the sale of property pursuant to section 363 of the Bankruptcy Code and the assumption and assignment of executory contracts pursuant to section 365 of the Bankruptcy Code are automatically stayed for fourteen days after entry of the order.  Fed. R. Bankr. P. 6004(h) and 6006(d).  The purpose of Bankruptcy Rules 6004(h) and 6006(d) is to provide sufficient time for an objecting party to request a stay pending appeal before the order can be implemented.  *See* Advisory Committee Notes to Fed R. Bankr. P. 6004(h) and 6006(d).

42.     Although Bankruptcy Rule 6004(h) and 6006(d) and the Advisory Committee Notes are silent as to when a court should "order otherwise" and eliminate or reduce the fourteen-day stay period, *Collier on Bankruptcy* suggests that the fourteen-day period should be eliminated to allow the sale or other transaction to close immediately "where there has been no objection to the procedure."   10 Collier on Bankruptcy 6004.09.  Furthermore, *Collier on Bankruptcy* provides that if an objection is filed and overruled, and the objecting party informs the Court of its intent to appeal, the stay may be reduced to the amount of time necessary to file such appeal.  *Id.*

43.     As previously set forth, time is of the essence with respect to the absolute auctions of the Non-Core Assets.   Auction sales of personal property must close on the date of the

10

10-60702-rk    Doc 242    FILED 04/05/10    ENTERED 04/05/10 16:48:24    Page 10 of 22

auction. Nor can the closing of the sales of auctioned real estate be delayed. Accordingly, Debtors respectfully request that the Court eliminate the fourteen-day stay period under Bankruptcy Rules 6004(h) and 6006(d).

## NOTICE

44. Notice of this Application has been provided to (i) the office of the United States Trustee for Region IX; (ii) each of Debtors' secured lenders (KeyBank, National Association, The Huntington National Bank, and Bank of America, N.A.); (iii) counsel for the Agent for Debtors' secured lenders; (iv) the additional creditors identified on Debtors' consolidated list of thirty (30) largest unsecured creditors; (v) counsel for the Committee; (vi) counsel for Naples Funding Group, L.C.; (vii) other known claimants having liens or security interests in property of Debtors; (viii) the Internal Revenue Service; (ix) the United States Department of Justice and (x) all other parties required to receive service of this Motion pursuant to the case management procedures established in these Cases. In light of the nature of the relief requested, Debtors submit that no other or further notice is necessary.

**[Remainder of page intentionally left blank]**

CLE - 2647843.1

## <u>CONCLUSION</u>

WHEREFORE, Debtors respectfully request entry of an order substantially in the form that will be submitted prior to the hearing on the approval of this Non-Core Asset Sale Motion (a) authorizing the sale of the Non-Core Assets, free and clear of liens, claims, interests and encumbrances at absolute auction; (b) waiving the fourteen-day stay period provided by Bankruptcy Rule 6004(h); and (c) granting such other and further relief to which Debtors may be justly entitled.

April 5, 2010  
Cleveland, Ohio

Respectfully submitted,

*/s/ Lawrence E. Oscar*  
Lawrence E. Oscar (0022696)  
Daniel A. DeMarco (0038920)  
Christopher W. Peer (0076257)  
HAHN LOESER & PARKS LLP  
200 Public Square, Suite 2800  
Cleveland, Ohio 44114  
Telephone:     (216) 621-0150  
Facsimile:     (216) 241-2824  
E-mail:leoscar@hahnlaw.com  
          dademarco@hahnlaw.com  
          cpeer@hahnlaw.com

*Counsel to Debtors*

CLE - 2647843.1

# EXHIBIT A

## Schwab Industries, Inc.
## Excess Real Estate Listing
### April 5, 2010

| Location | Date of Appraisal | Appraisal Source | Location Use |
|---|---|---|---|
| **Schwab Industries** | | | |
| 2301 Progress Street[4] Dover, OH 44622 | 8/20/2009 | Conery Valuation Grp. | Corporate office |
| 3251 Brightwood Road, Midvale, OH 44653 | 8/20/2009 | Conery Valuation Grp. | Tire retread factory |
| **Medina Supply Company** | | | |
| 1151 West Bagley Road, Berea, OH 44017 | 8/19/2009 | Conery Valuation Grp. | Vacant land |
| Steels Corner and Wyoga Lake Road, Cuyahoga Falls, OH 44221 | 8/19/2009 | Conery Valuation Grp. | Vacant land |
| 300 North State Road, Medina, OH 44256 | 8/19/2009 | Conery Valuation Grp. | Manufacturing plant - Sell Land Only |
| 400 North State Road, Medina, OH 44256 | 8/19/2009 | Conery Valuation Grp. | Warehouse - Sell Land Only |
| E/S North State Road, Medina, OH 44256 | 8/19/2009 | Conery Valuation Grp. | Industrial land |
| 800 Progress Drive , Medina, OH 44256 | 8/19/2009 | Conery Valuation Grp. | Industrial land |
| 820 Progress Drive , Medina, OH 44256 | 8/19/2009 | Conery Valuation Grp. | Warehouse |
| 10232 Pifer Road, Wadsworth, OH 44281 | 8/20/2009 | Conery Valuation Grp. | Ready-Mix plant not in operation |
| **Schwab Ready-Mix** | | | |
| 1102 Alachua Street, Immokalee, FL 34142 | 8/27/2009 | Conery Valuation Grp. | Sell storage building with excess land |
| 14040 Harlee Road, Palmetto, FL 34221 | 8/25/2009 | Conery Valuation Grp. | Industrial land |
| **Other Real Property** | | | |

NOTE:
[4] Assumes Company will lease space it needs in building post sale

# Schwab Industries, Inc.
## Excess Machinery and Equipment Listing
### March 23, 2010

**The following vehicles - up to the Solid Bar, are new and have never been used**

| Appraisal # | Asset # | Qty | Description | Location | Owner | Tag | OLV |
|---|---|---|---|---|---|---|---|
| 138 | 528 | 1 | 2007 Volvo Model VHD64 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 4V5KC9GF97N488165, Asset #528; with Eaton Fuller Transmission; Volvo VE D12 365 Diesel Engine; and McNeilus Mixer | Bonita Springs or Immokalee, FL | Schwab Ready Mix, Inc. | | 65,000 |
| 198 | 513 | 1 | 2006 Oshkosh Model F-2346 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 10TDDAC356S090885, Asset #513; with Eaton Fuller Transmission; Cummins ISM Diesel Engine; and McNeilus Mixer | Immokalee, FL | Schwab Ready Mix, Inc. | | 65,000 |
| 199 | 508 | 1 | 2006 Oshkosh Model F-2346 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 10TDDAC336S090710, Asset #508; with Eaton Fuller Transmission; Cummins ISM Diesel Engine; and McNeilus Mixer | Immokalee, FL | Schwab Ready Mix, Inc. | | 65,000 |
| 200 | 512 | 1 | 2006 Oshkosh Model F-2346 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 10TDDAC396S090713, Asset #512; with Eaton Fuller Transmission; Cummins ISM Diesel Engine; and McNeilus Mixer | Immokalee, FL | Schwab Ready Mix, Inc. | | 65,000 |
| 201 | 511 | 1 | 2006 Oshkosh Model F-2346 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 10TDDAC316S090883, Asset #511; with Eaton Fuller Transmission; Cummins ISM Diesel Engine; and McNeilus Mixer | Immokalee, FL | Schwab Ready Mix, Inc. | | 65,000 |
| 202 | 510 | 1 | 2006 Oshkosh Model F-2346 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 10TDDAC376S090712, Asset #510; with Eaton Fuller Transmission; Cummins ISM Diesel Engine; and McNeilus Mixer | Immokalee, FL | Schwab Ready Mix, Inc. | | 65,000 |
| 206 | 515 | 1 | 2006 Oshkosh Model F-2346 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 10TDDAC326S090875, Asset #515; with Eaton Fuller Transmission; Cummins ISM Diesel Engine; and McNeilus Mixer | Immokalee, FL | Schwab Ready Mix, Inc. | | 65,000 |
| 207 | | 1 | 2007 Oshkosh Model F-2346 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 10TDDAC397S092902; with Eaton Fuller Transmission; Cummins ISM Diesel Engine; and McNeilus Mixer | Immokalee, FL | Schwab Ready Mix, Inc. | | 70,000 |
| 208? | | 1 | 2007 Oshkosh Model F-2346 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 10TDDAC397S092904 with Eaton Fuller Transmission; Cummins ISM Diesel Engine; and McNeilus Mixer | Immokalee, FL | Schwab Ready Mix, Inc. | | 70,000 |
| 209 | | 1 | 2007 Oshkosh Model F-2346 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 10TDDAC397S092903; with Eaton Fuller Transmission; Cummins ISM Diesel Engine; and McNeilus Mixer | Immokalee, FL | Schwab Ready Mix, Inc. | | 70,000 |
| 210 | | 1 | 2007 Oshkosh Model F-2346 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 10TDDAC317S092716; with Eaton Fuller Transmission; Cummins ISM Diesel Engine; and McNeilus Mixer | Immokalee, FL | Schwab Ready Mix, Inc. | | 70,000 |

# Schwab Industries, Inc.
## Excess Machinery and Equipment Listing
### March 23, 2010

| Appraisal # | Asset # | Qty | Description | Location | Owner | Tag | OLV |
|---|---|---|---|---|---|---|---|
| 211 | | 1 | 2007 Oshkosh Model F-2346 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 10TDDAC3X7S092715; with Eaton Fuller Transmission; Cummins ISM Diesel Engine; and McNeilus Mixer | Immokalee, FL | Schwab Ready Mix, Inc. | | 70,000 |
| 212 | | 1 | 2007 Oshkosh Model F-2346 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 10TDDAC367S092713; with Eaton Fuller Transmission; Cummins ISM Diesel Engine; and McNeilus Mixer | Immokalee, FL | Schwab Ready Mix, Inc. | | 70,000 |
| 213 | | 1 | 2007 Oshkosh Model F-2346 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 10TDDAC387S092714; with Eaton Fuller Transmission; Cummins ISM Diesel Engine; and McNeilus Mixer | Immokalee, FL | Schwab Ready Mix, Inc. | | 70,000 |
| 214 | | 1 | 2007 Oshkosh Model F-2346 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 10TDDAC357S091696; with Eaton Fuller Transmission; Cummins ISM Diesel Engine; and McNeilus Mixer | Immokalee, FL | Schwab Ready Mix, Inc. | | 70,000 |
| 215 | 514 | 1 | 2007 Oshkosh Model F-2346 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 10TDDAC317S090884, Asset #514; Less than 1,000 Miles Reported; with Eaton Fuller Transmission; Cummins ISM Diesel MixerEngine; and McNeilus Mixer | Immokalee, FL | Schwab Ready Mix, Inc. | | 70,000 |
| 216 | 523 | 1 | 2007 Volvo Model VHD64 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 4V5KC9GF97N488179, Asset #523; with Eaton Fuller Transmission; Volvo VE D12 365 Diesel Engine; and McNeilus Mixer | Immokalee, FL | Schwab Ready Mix, Inc. | | 65,000 |
| 217 | 525 | 1 | 2007 Volvo Model VHD64 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 4V5KC9GF17N988174, Asset #525; with Eaton Fuller Transmission; Volvo VE D12 365 Diesel Engine; and McNeilus Mixer | Immokalee, FL | Schwab Ready Mix, Inc. | | 65,000 |
| 218 | 524 | 1 | 2007 Volvo Model VHD64 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 4V5KC9GF57N488177, Asset #524; with Eaton Fuller Transmission; Volvo VE D12 365 Diesel Engine; and McNeilus Mixer | Immokalee, FL | Schwab Ready Mix, Inc. | | 65,000 |
| 219 | 526 | 1 | 2007 Volvo Model VHD64 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 4V5KC9GF27N488170, Asset #526; with Eaton Fuller Transmission; Volvo VE D12 365 Diesel Engine; and McNeilus Mixer | Immokalee, FL | Schwab Ready Mix, Inc. | | 65,000 |
| 220 | 527 | 1 | 2007 Volvo Model VHD64 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 4V5KC9GF27N488167, Asset #527; with Eaton Fuller Transmission; Volvo VE D12 365 Diesel Engine; and McNeilus Mixer | Immokalee, FL | Schwab Ready Mix, Inc. | | 65,000 |
| 221 | 529 | 1 | 2007 Volvo Model VHD64 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 4V5KC9GF37N488176, Asset #529; with Eaton Fuller Transmission; Volvo VE D12 365 Diesel Engine; and McNeilus Mixer | Immokalee, FL | Schwab Ready Mix, Inc. | | 65,000 |

# Schwab Industries, Inc.
## Excess Machinery and Equipment Listing
### March 23, 2010

| Appraisal # | Asset # | Qty | Description | Location | Owner | Tag | QLV |
|---|---|---|---|---|---|---|---|
| 222 | 530 | 1 | 2007 Volvo Model VHD64 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 4V5KC9GFXN488160, Asset #530; with Eaton Fuller Transmission; Volvo VE D12 365 Diesel Engine; and McNeilus Mixer | Immokalee, FL | Schwab Ready Mix, Inc. | | 65,000 |
| 223 | | 1 | 2007 Volvo Model VHD64 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 4V5KC9GF37N488162; with Eaton Fuller Transmission; Volvo VE D12 365 Diesel Engine; and McNeilus Mixer | Immokalee, FL | Schwab Ready Mix, Inc. | | 65,000 |
| 224 | | 1 | 2007 Volvo Model VHD64 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 4V5KC9GF17N488175; with Eaton Fuller Transmission; Volvo VE D12 365 Diesel Engine; and McNeilus Mixer | Immokalee, FL | Schwab Ready Mix, Inc. | | 65,000 |
| 225 | | 1 | 2007 Volvo Model VHD64 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 4V5KC9GF07N488166; with Eaton Fuller Transmission; Volvo VE D12 365 Diesel Engine; and McNeilus Mixer | Immokalee, FL | Schwab Ready Mix, Inc. | | 65,000 |
| 226 | | 1 | 2007 Volvo Model VHD64 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 4V5KC9GF67N488169; with Eaton Fuller Transmission; Volvo VE D12 365 Diesel Engine; and McNeilus Mixer | Immokalee, FL | Schwab Ready Mix, Inc. | | 65,000 |
| 227 | | 1 | 2007 Volvo Model VHD64 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 4V5KC9GF57N488163; with Eaton Fuller Transmission; Volvo VE D12 365 Diesel Engine; and McNeilus Mixer | Immokalee, FL | Schwab Ready Mix, Inc. | | 65,000 |
| 228 | 522 | 1 | 2007 Volvo Model VHD64 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 4V5KC9GF7N488178, Asset #522; with Eaton Fuller Transmission; Volvo VE D12 365 Diesel Engine; and McNeilus Mixer | Immokalee, FL | Schwab Ready Mix, Inc. | | 65,000 |
| 256 | 31 | 1 | 1984 Mack Model DMM6856S Estimated 10-Cubic Yard Tandem-Axle Dump Truck, VIN 1M2L126C8EA003645, Asset #31; 77,033 Miles Indicated; with Mack 10-Speed Transmission; Mack E6 Diesel Engine; and GAR-P Dump Body | Punta Gorda, FL | Schwab Ready Mix, Inc. | N2678L | 8,500 |
| 257 | 69 | 1 | Mack Model DMM6866S Estimated 10-Cubic Yard Tandem-Axle Dump Truck, S/N 1M2E126C11HA004060 Asset #69, (1987); 135,634 Miles Indicated; with Mack 10-SpeedTransmission; Mack E6 Diesel Engine; and GAR-P Dump Body | Punta Gorda, FL | Schwab Ready Mix, Inc. | N2681L | 10,000 |
| 298 | 317 | 1 | 1995 Oshkosh Model F-2546 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 10T2D0EF8S1051524, Asset #317; 127,168 Miles Indicated; with Eaton Fuller Transmission; Cummins L-10 Diesel Engine; and McNeilus Mixer | Punta Gorda, FL | Schwab Ready Mix, Inc. | N3086K | 6,000 |
| 300 | 422 | 1 | 1995 Oshkosh Model FA-2346 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 10T2D0EF8S1051212, Asset #422; 145,224 Miles Indicated; with Eaton Fuller Transmission; Cummins L-10 Diesel Engine; and McNeilus Mixer | Punta Gorda, FL | Schwab Ready Mix, Inc. | N3086K | 6,000 |

| Appraisal # | Asset # | Qty | Description | Location | Owner | Tag | OLV |
|---|---|---|---|---|---|---|---|
| 302 | 318 | 1 | 1995 Oshkosh Model FA-2346 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 1OT2D0EF9S1051211, Asset #318; 1,919 Miles Indicated; with Eaton Fuller Transmission; Cummins L-10 Diesel Engine; and McNeilus Mixer | Punta Gorda, FL | Schwab Ready Mix, Inc. | N8073J | 6,000 |
| 303 | 423 | 1 | 1995 Oshkosh Model FA-2346 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 1OT2D0EF6S1051215, Asset #423; 105,430 Miles Indicated; with Eaton Fuller Transmission; Cummins L-10 Diesel Engine; and McNeilus Mixer | Punta Gorda, FL | Schwab Ready Mix, Inc. | N3083K | 6,000 |
| 304 | 316 | 1 | 1995 Oshkosh Model FA-2346 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 1OT2D0EF0S1051209, Asset #316; 1,282 Miles Indicated; with Eaton Fuller Transmission; Cummins L-10 Diesel Engine; and McNeilus Mixer | Punta Gorda, FL | Schwab Ready Mix, Inc. | N3084K | 6,000 |
| 305 | 277 | 1 | 1995 Oshkosh Model FA-2346 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 1OT2D0EFXS1051217, Asset #277; 156,480 Miles Indicated; with Eaton Fuller Transmission; Cummins L-10 Diesel Engine; and McNeilus Mixer | Punta Gorda, FL | Schwab Ready Mix, Inc. | N3079K | 6,000 |
| 306 | 278 | 1 | 1995 Oshkosh Model FA-2346 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 1OT2D0EF6S1051212, Asset #278; 162,571 Miles Indicated; with Eaton Fuller Transmission; Cummins L-10 Diesel Engine; and McNeilus Mixer | Punta Gorda, FL | Schwab Ready Mix, Inc. | N3085K | 6,000 |
| 308 | 45 | 1 | 1998 Oshkosh Model FA-2346 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 1OTDDKY37WS063556, Asset #45; 25,980 Miles Indicated; with Eaton Fuller Transmission; Cummins M11 Diesel Engine; and TMMB Mixer | Punta Gorda, FL | Schwab Ready Mix, Inc. | N5832E | 8,500 |
| 309 | 43 | 1 | 1998 Oshkosh Model FA-2346 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 1OTDDKY30WS063558, Asset #43; 190,766 Miles Indicated; with Eaton Fuller Transmission; Cummins M11 Diesel Engine; and McNeilus Mixer | Punta Gorda, FL | Schwab Ready Mix, Inc. | N5846E | 8,500 |
| 310 | 44 | 1 | 1998 Oshkosh Model FA-2346 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 1OTDDKY39WS063557, Asset #44; 121,743 Miles Indicated; with Eaton Fuller Transmission; Cummins M11 Diesel Engine; and McNeilus Mixer | Punta Gorda, FL | Schwab Ready Mix, Inc. | N5838E | 8,500 |
| 311 | 42 | 1 | 1998 Oshkosh Model FA-2346 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 1OTDDKY32WS063559, Asset #42; 29,135 Miles Indicated; with Eaton Fuller Transmission; Cummins M11 Diesel Engine; and Mixer | Punta Gorda, FL | Schwab Ready Mix, Inc. | N4151K | 8,500 |
| 312 | 262 | 1 | 1997 Oshkosh Model FF-115 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 1OTDCKY30VS062086, Asset #262; 46,097 Miles Indicated; with Eaton Fuller Transmission; Cummins L-10 Diesel Engine; and McNeilus Mixer | Punta Gorda, FL | Schwab Ready Mix, Inc. | N2215G | 8,500 |
| 314 | 319 | 1 | 1997 Oshkosh Model FF-115 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 1OTDCKY37VS068094, Asset #319; 137,293 Miles Indicated; with Eaton Fuller Transmission; Cummins L-10 Diesel Engine; McNeilus Mixerand | Punta Gorda, FL | Schwab Ready Mix, Inc. | N3090K | 8,500 |

# Schwab Industries, Inc.
## Excess Machinery and Equipment Listing
### March 23, 2010

| Appraisal # | Asset # | Qty | Description | Location | Owner | Tag | QLV |
|---|---|---|---|---|---|---|---|
| 317 | 257 | 1 | 1997 Oshkosh Model FF-115 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 10TDCKY34VS062091, Asset #257; with Eaton Fuller Transmission; Cummins L-10 Diesel Engine; and McNeilus Mixer; (Not Inspected) | Punta Gorda, FL | Schwab Ready Mix, Inc. | N2667L | 8,500 |
| 319 | 258 | 1 | 1998 Oshkosh Model FF-115 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 10TDCKY34WS063551, Asset #258; 143,761 Miles Indicated; with Eaton Fuller Transmission; Cummins M11 Diesel Engine; and McNeilus Mixer | Punta Gorda, FL | Schwab Ready Mix, Inc. | N4136K | 8,500 |
| 321 | 261 | 1 | 1998 Oshkosh Model FF-115 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 10TDCKY34WS064151, Asset #261; 126,043 Miles Indicated; with Eaton Fuller Transmission; Cummins M11 Diesel Engine; and McNeilus Mixer | Punta Gorda, FL | Schwab Ready Mix, Inc. | N2232G | 8,500 |
| 325 | 408 | 1 | 1999 Oshkosh Model FF-2146 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 10TDCMC30XS066998, Asset #408; 161,807 Miles Indicated; with Eaton Fuller Transmission; Cummins M11+ Diesel Engine; and McNeilus Mixer | Punta Gorda, FL | Schwab Ready Mix, Inc. | N2670L | 12,000 |
| 326 | 238 | 1 | 2000 Oshkosh Model FF-2146 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 10TDCMC3XYS067013, Asset #238; 158,483 Miles Indicated; with Eaton Fuller Transmission; Cummins M11+ Diesel Engine; and McNeilus Mixer | Punta Gorda, FL | Schwab Ready Mix, Inc. | N3928I | 15,000 |
| 327 | 132 | 1 | 1999 Oshkosh Model FF-2146 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 10TDCMC35XS066995, Asset #132; 103,235 Miles Indicated; with Eaton Fuller Transmission; Cummins M11+ Diesel Engine; and McNeilus Mixer | Punta Gorda, FL | Schwab Ready Mix, Inc. | N5411J | 12,000 |
| 329 | 234 | 1 | 2000 Oshkosh Model FF-2146 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 10TDCMC31YS067529, Asset #234; 173,814 Miles Indicated; with Eaton Fuller Transmission; Cummins M11+ Diesel Engine; and McNeilus Mixer | Punta Gorda, FL | Schwab Ready Mix, Inc. | N3924I | 15,000 |
| 330 | 407 | 1 | 1999 Oshkosh Model FF-2146 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 10TDCMC37XS066996, Asset #407; 159,931 Miles Indicated; with Eaton Fuller Transmission; Cummins M11+ Diesel Engine; and McNeilus Mixer | Punta Gorda, FL | Schwab Ready Mix, Inc. | N5845E | 12,000 |
| 339 | 236 | 1 | 2000 Oshkosh Model FF-2146 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 10TDCMC31YS067112, Asset #236; 172,077 Miles Indicated; with Eaton Fuller Transmission; Cummins M11+ Diesel Engine; and McNeilus Mixer | Punta Gorda, FL | Schwab Ready Mix, Inc. | N3933I | 15,000 |
| 340 | 131 | 1 | 2000 Oshkosh Model FF-2146 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 10TDCMC31YS067109, Asset #131; 153,365 Miles Indicated; with Eaton Fuller Transmission; Cummins M11+ Diesel Engine; and McNeilus Mixer | Punta Gorda, FL | Schwab Ready Mix, Inc. | N5029I | 15,000 |
| 341 | 138 | 1 | 2000 Oshkosh Model FF-2146 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 10TDCMC38YS067110, Asset #138; 143,128 Miles Indicated; with Eaton Fuller Transmission; Cummins M11+ Diesel Engine; and McNeilus Mixer | Punta Gorda, FL | Schwab Ready Mix, Inc. | N3124G | 15,000 |

# Schwab Industries, Inc.
## Excess Machinery and Equipment Listing
### March 23, 2010

| Appraisal # | Asset # | Qty | Description | Location | Owner | Tag | OLV |
|---|---|---|---|---|---|---|---|
| 342 | 139 | 1 | 2000 Oshkosh Model FF-2146 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 10TDCMC38YS067530, Asset #139; 122,485 Miles Indicated; with Eaton Fuller Transmission; Cummins M11+ Diesel Engine; and McNeilus Mixer | Punta Gorda, FL | Schwab Ready Mix, Inc. | N3930I | 15,000 |
| 343 | 239 | 1 | 2000 Oshkosh Model FF-2146 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 10TDCMC37YS067115, Asset #239; 111,430 Miles Indicated; with Eaton Fuller Transmission; Cummins M11+ Diesel Engine; and McNeilus Mixer | Punta Gorda, FL | Schwab Ready Mix, Inc. | N3331I | 15,000 |
| 344 | 135 | 1 | 2000 Oshkosh Model FF-2146 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 10TDCMC38YS067107, Asset #135; 123,857 Miles Indicated; with Eaton Fuller Transmission; Cummins M11+ Diesel Engine; and McNeilus Mixer | Punta Gorda, FL | Schwab Ready Mix, Inc. | N3926I | 15,000 |
| 345 | 240 | 1 | 2000 Oshkosh Model FF-2146 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 10TDCMC35YS067534, Asset #240; 185,155 Miles Indicated; with Eaton Fuller Transmission; Cummins M11+ Diesel Engine; and McNeilus Mixer | Punta Gorda, FL | Schwab Ready Mix, Inc. | N3927I | 15,000 |
| 346 | 235 | 1 | 2000 Oshkosh Model FF-2146 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 10TDCMC3XYS067111, Asset #235; 80,337 Miles Indicated; with Eaton Fuller Transmission; Cummins M11+ Diesel Engine; and Mixer | Punta Gorda, FL | Schwab Ready Mix, Inc. | N3925I | 15,000 |
| 347 | 237 | 1 | 2000 Oshkosh Model FF-2146 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 10TDCMC33YS067113, Asset #237; 177,267 Miles Indicated; with Eaton Fuller Transmission; Cummins M11+ Diesel Engine; and McNeilus Mixer | Punta Gorda, FL | Schwab Ready Mix, Inc. | N3929I | 15,000 |
| 348 | 320 | 1 | 1996 Oshkosh Model FF-2346 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 10T2YOEF3T1052487, Asset #320; 63,560 Miles Indicated; with Eaton Fuller Transmission; Cummins L-10 Diesel Engine; and McNeilus Mixer | Punta Gorda, FL | Schwab Ready Mix, Inc. | N9162M | 15,000 |
| 349 | 282 | 1 | Oshkosh Model FF-2346 10.5-Cubic Yard Tandem-Axle Mixer Truck, S/N 10T2YOEF5T1052488, Asset #282, (1996); 25,258 Miles Indicated; with Eaton Fuller Transmission; Cummins L-10 Diesel Engine; and McNeilus Mixer | Punta Gorda, FL | Schwab Ready Mix, Inc. | N8074J | 6,500 |
| 351 | 279 | 1 | 1996 Oshkosh Model FF-2346 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 10T2YOEF4T1052627, Asset #279; 136,826 Miles Indicated; with Eaton Fuller Transmission; Cummins L-10 Diesel Engine; and McNeilus Mixer | Punta Gorda, FL | Schwab Ready Mix, Inc. | N8076J | 6,500 |
| 352 | 255 | 1 | 1998 Oshkosh Model FF-2346 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 10TDCKY35WS063932, Asset #255; 114,296 Miles Indicated; with Eaton Fuller Transmission; Cummins M11 Diesel Engine; and McNeilus Mixer | Punta Gorda, FL | Schwab Ready Mix, Inc. | N2230G | 8,500 |
| 356 | 233 | 1 | 2000 Oshkosh Model FF-2346 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 10TDCMC31YS067319, Asset #233; 169,252 Miles Indicated; with Eaton Fuller Transmission; Cummins M11+ Diesel Engine; and McNeilus Mixer | Punta Gorda, FL | Schwab Ready Mix, Inc. | N7628F | 15,000 |

10-60702-rk    Doc 242    FILED 04/05/10    ENTERED 04/05/10 16:48:24    Page 20 of 22

# Schwab Industries, Inc.
## Excess Machinery and Equipment Listing
### March 23, 2010

| Appraisal # | Asset # | Qty | Description | Location | Owner | Tag | QLV |
|---|---|---|---|---|---|---|---|
| 357 | 133 | 1 | 2000 Oshkosh Model FF-2346 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 1OTDCMC38YS067317, Asset #133; 182,251 Miles Indicated; with Eaton Fuller Transmission; Cummins M11+ Diesel Engine; and McNeilus Mixer | Punta Gorda, FL | Schwab Ready Mix, Inc. | N7624F | 15,000 |
| 358 | 232 | 1 | 2000 Oshkosh Model FF-2346 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 1OTDCMC38YS067320, Asset #232; 126,339 Miles Indicated; with Eaton Fuller Transmission; Cummins M11+ Diesel Engine; and McNeilus Mixer | Punta Gorda, FL | Schwab Ready Mix, Inc. | N7626F | 15,000 |
| 359 | 134 | 1 | 2000 Oshkosh Model FF-2346 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 1OTDCMC32YS067328, Asset #134; 158,613 Miles Indicated; with Eaton Fuller Transmission; and Cummins M11+ Diesel Engine; (Missing Mixer) | Punta Gorda, FL | Schwab Ready Mix, Inc. | N7625F | 15,000 |
| 360 | 409 | 1 | 2000 Oshkosh Model FF-2346 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 1OTDCMC36YS067316, Asset #409; 164,829 Miles Indicated; with Eaton Fuller Transmission; and Cummins M11+ Diesel Engine; (Missing Mixer) | Punta Gorda, FL | Schwab Ready Mix, Inc. | N7627F | 15,000 |
| 362 | 137 | 1 | 2000 Oshkosh Model FF-2346 10.5-Cubic Yard Tandem-Axle Mixer Truck, VIN 1OTDCMC31YS067109, Asset #137; 143,070 Miles Indicated; with Eaton Fuller Transmission; Cummins M11+ Diesel Engine; and McNeilus Mixer | Punta Gorda, FL | Schwab Ready Mix, Inc. | N5025I | 15,000 |

Sub-Total - Cement Mixing Trucks — 2,394,500

| Appraisal # | Asset # | Qty | Description | Location | Owner | Tag | QLV |
|---|---|---|---|---|---|---|---|
| 14 | | 1 | Con-E-Co Model Lo-Pro 427 Portable Ready Mix Batch Plant, S/N C-8436L, (2006); 12-Yard Batch Size, 200 Yards/Hour Capacity, Dry Batch Type, Metered Water. (Not Installed; Appraised As Is); To Include: (1) 36"W x 95'L V-Trough Power Belt Aggregate Hopper Feed Conveyor; Radial; with Feed Hopper (1) Carbon Steel Aggregate Hopper; 4-Compartment, 140 Yard Total Capacity (1) Estimated 40,000-Lb. Capacity Aggregate Weigh Batch Hopper; with 36"W x 58'L V-Trough Power Belt Underweigh Batch Hopper Feed Conveyor (2) Carbon Steel Silos; Cone Bottom Type; Each with Associated Blowers (1) Bag House Dust Collector; 96-Bag; with 15 hp Blower (1) Ingersoll-Rand Model 7100 2-Stage Reciprocating Air Compressor, 10 hp; Horizontal Tank Mounted (1) Estimated 30'L Portable Office Trailer (1) Command Alkon Model Eagle Concrete Batch Plant Control System, To Include: Programmable Processor; Digital Readout; Process Controls; Liquid Ingredient Control; etc. | Immokalee, FL | Schwab Ready Mix, Inc. | | 350,000 |
| 24 | | | Con-E-Co Model Lo-Pro 427 Portable Ready Mix Batch Plant, S/N C8098, (2004); 12-Yard Batch Size, 300 Yards/Hour Capacity, Dry Batch Type, Metered Water. To Include: (1) Estimated 30"W x 100'L V-Trough Power Belt Aggregate Feed Hopper Conveyor; with Estimated 25-Yard Capacity Feed Hopp.. | Cape Coral, FL | Schwab Ready Mix, Inc. | | 200,000 |

| Appraisal # | Asset # | Qty | Description | Location | Owner | Tag | QLV |
|---|---|---|---|---|---|---|---|
| | | | (1) Carbon Steel Aggregate Hopper, 4-Compartment, Estimated 25 Yard Capacity Each<br>(1) 40,000-Lb. Capacity Aggregate Weigh Batch Hopper; with Estimated 30"W x 60'L V-Trough Power Belt Under Weigh Batch Hopper Feed Conveyor<br>(2) Carbon Steel Silos; 42.7-Bale Capacity Total<br>(1) 10,000-Lb. Capacity Cement Weigh Batch Hopper<br>(2) Bag House Dust Collectors<br>(1) Ingersoll-Rand Model 7100 Twin Stage Reciprocating Air Compressor, S/N 04121000054034335, 15 hp<br>(1) Command Alkon Model Eagle Series Concrete Batch Plant Control System, To Include: Programmable Processor; Digital Readout; Process Control; Liquid Ingredient Control; etc. | | | | |
| 28³ | | | Con-E-Co Model PLP Premier Stationary Ready Mix Batch Plant, S/N C8757, (2007); 12-Yard Batch Size, 300 Yards/Hour Capacity; Dry Batch Type, Metered Water, To Include:<br>(1) 30"W x 318'L V-Trough Power Belt Aggregate Hopper Feed Conveyor, with Estimated 25-Ton Capacity Feed Hopper<br>(1) Carbon Steel Aggregate Hopper; 4-Compartment, 40 Ton Capacity Each<br>(1) 40,000-Lb. Capacity Aggregate Weigh Batch Hopper; with 36"W x 78'L V-Trough Power Belt Underweigh Batch Hopper Feed Conveyor<br>(2) Carbon Steel Silos; Cone Bottom Type; Each with Associated Blowers<br>(1) 10,000-Lb. Capacity Cement Weigh Batch Hopper<br>(1) Bag House Dust Collector<br>(1) Ingersoll-Rand Model 7100 2-Stage Reciprocating Air Compressor, S/N 6044402, 15 hp; Horizontal Tank Mounted<br>(1) Command Alkon Model Eagle Concrete Batch Plant Control System, To Include: Programmable Processor; Digital Readout; Process Control; Liquid Ingredient Control; etc. | Cape Coral, FL | Schwab Ready Mix, Inc. | | 350,000 |

Sub Total - Portable Cement Plants                                                                                    900,000

TOTAL - All Excess Assets                                                                                           3,294,500