<u>Schedule 3.8(a)</u>

<u>Business Employees</u>

See attached.

CLE - 2707341.2

# MSC EMPLOYEES

| Home Co | Home Cost Center | Job Typ | Employee Number | Name | | Hourly Rate |
|---|---|---|---|---|---|---|
| 00160 | BRU | RNDRIV | 218157 | ROBERT T AKERS | | 17.250 |
| 00160 | BRU | RNDRIV | | | | 17.250 |
| 00160 | BRU | RNDRIV | | | | 25.875 |
| 00160 | BRU | RNDRIV | | | | 17.250 |
| AKERS, ROBERT T. Sum | | | | | 07/07/97 | 17.250 |
| 00160 | STY | MGRPLA | 94289 | DERYL L ALBRECHT | | 24.297 |
| ALBRECHT, DERYL L. Sum | | | | | 06/23/69 | 24.297 |
| 00160 | MED | RNDRIV | 94318 | ROCKY E ALLEN | | 17.750 |
| 00160 | MED | RNDRIV | | | | 17.750 |
| 00160 | MED | RNDRIV | | | | 26.625 |
| 00160 | MED | RNDRIV | | | | 17.750 |
| 00160 | MED | RNDRIV | | | | 26.625 |
| ALLEN, ROCKY E. Sum | | | | | 04/25/88 | 26.625 |
| 00160 | GEN | MECH | 94342 | JOSEPH T AULT | | 17.750 |
| AULT, JOSEPH T. Sum | | | | | 02/10/92 | 17.750 |
| 00160 | MAS | RNDRIV | 166289 | MATTHEW E BONTEMPT | | 26.250 |
| 00160 | MAS | RNDRIV | | | | 17.500 |
| BONTEMPT, MATTHEW E. Sum | | | | | 04/28/94 | 17.500 |
| 00160 | LOR | RNDRIV | 168628 | ROBERT G BOWDEN | | 17.500 |
| 00160 | LOR | RNDRIV | | | | 17.500 |
| 00160 | LOR | RNDRIV | | | | 26.250 |
| BOWDEN, ROBERT G. Sum | | | | | 05/09/94 | 26.250 |
| 00160 | GEN | SALES | 94449 | RICHARD G BRADY | | 39.372 |
| BRADY, RICHARD G. Sum | | | | | 05/15/78 | 39.372 |
| 00160 | BRU | MGRPLA | 94457 | DOUGLAS J BRANTNER | | 21.929 |
| 00160 | BRU | MGRPLA | | | | 21.929 |
| BRANTNER, DOUGLAS J. Sum | | | | | 05/03/88 | 21.929 |
| 00160 | BRU | RNDRIV | 94465 | GREGORY R BRENSTUHL | | 26.625 |
| 00160 | BRU | RNDRIV | | | | 17.750 |

MSC Payroll Register Detail
For Pay Period Ended
March 13, 2010

| Home Co | Home Cost Center | Job Typ | Employee Number | Name | Hourly Rate |
|---|---|---|---|---|---|
| | BRENSTUHL, GREGORY R. | | | | |
| | Sum | | | 08/05/85  17.750 | |
| 00160 | | MAS RHDRIV | | | 26.625 |
| 00160 | | MAS RHDRIV | | | 17.750 |
| | BUCKOHR, DONALD J. | | | | |
| | | | 94502 | DONALD J BUCKOHR  04/25/88  17.750 | |
| | Sum | | | | |
| 00160 | | MAS RHDRIV | 260851 | NORMAN J BUDD | 25.500 |
| 00160 | | MAS RHDRIV | | | 17.000 |
| 00160 | | MAS RHDRIV | | | 17.000 |
| 00160 | | MAS RHDRIV | | | 17.000 |
| | BUDD, NORMAN J | | | | |
| | | | | 06/12/01  17.000 | |
| 00160 | | TNN RHDRIV | 219264 | CHARLES J BURHEN | 17.250 |
| | BURHEN, CHARLES J. | | | | |
| | Sum | | | 04/15/97  17.250 | |
| 00160 | | BRU RHDRIV | 94529 | JAMES D BYRD | 17.750 |
| 00160 | | BRU RHDRIV | | 08/24/87 .26.625 | 26.625 |
| | BYRD, JAMES D. | | | | |
| 00160 | | GEN MECH | 170851 | BRIAN S CARINO | 17.750 |
| 00160 | | GEN MECH | | 06/13/94  26.625 | 26.625 |
| | CARINO, BRIAN S. | | | | |
| | Sum | | | | |
| 00160 | | CYF RHDRIV | 94537 | DANNY G CAVALLARO | 18.250 |
| 00160 | | CYF RHDRIV | | 03/19/79  27.375 | 27.375 |
| | CAVALLARO, DANNY G. | | | | |
| 00160 | | GEN MECH | 94617 | JOHN N CONUZIE | 17.250 |
| | | | | 05/31/88  17.250 | |
| | CONUZIE, JOHN M. | | | | |
| 00160 | | MAS NGRPLA | 94676 | RAYMOND E CRANFORD | 21.223 |
| | | | | 04/23/90  21.223 | |
| | CRANFORD, RAYMOND E. | | | | |
| | Sum | | | | |
| 00160 | | CYF RHDRIV | 304477 | JASON E CURTIS SR | 16.750 |
| 00160 | | CYF RHDRIV | | | 16.750 |

| Home Co | Home Cost Center | Job Typ | Employee Number | Name | Hourly Rate |
|---|---|---|---|---|---|
| 00160 | | CYF RMDRIV | 304477 | JASON E CURTIS SR | 25.125 |
| CURTIS SR, JASON E. | | | | 03/22/06  25.125 | |
| Sum | | | | | |
| 00160 | | GEN DISPAT | 225955 | EDWARD H DULL | 19.000 |
| DULL, EDWARD H. | | | | 04/09/98  19.000 | |
| Sum | | | | | |
| 00160 | | GEN MECH | 202681 | NORTON R EARNEST III | 17.500 |
| EARNEST III, NORTON R. | | | | 04/04/96  17.500 | |
| Sum | | | | | |
| 00160 | | MAS RMDRIV | 97017 | DARRELL D EASH | 26.250 |
| 00160 | | MAS RMDRIV | | | 17.500 |
| EASH, DARRELL D. | | | | 06/01/92  17.500 | |
| Sum | | | | | |
| 00160 | | BRU RMDRIV | | | 17.500 |
| 00160 | | BRU RMDRIV | | | 17.500 |
| 00160 | | BRU RMDRIV | | | 26.250 |
| 00160 | | BRU RMDRIV | | | 17.500 |
| 00160 | | BRU RMDRIV | | | 17.500 |
| 00160 | | BRU RMDRIV | 97033 | RANDY S EBY | 17.500 |
| EBY, RANDY S. | | | | 03/19/90  17.500 | |
| Sum | | | | | |
| 00160 | | GEN SALES | 246166 | TODD E ECKERT | 32.441 |
| ECKERT, TODD E. | | | | 11/08/99  32.441 | |
| Sum | | | | | |
| 00160 | | GEN SALES | 94764 | CARL D EDWARDS | 23.308 |
| EDWARDS, CARL D. | | | | 06/15/87  23.308 | |
| Sum | | | | | |
| 00160 | | CYF RMDRIV | 117399 | MARK A FARNSWORTH | 26.250 |
| 00160 | | CYF RMDRIV | | | 17.500 |
| 00160 | | CYF RMDRIV | | | 26.250 |
| 00160 | | CYF RMDRIV | | | 17.500 |
| FARNSWORTH, MARK A. | | | | 05/12/93  17.500 | |
| Sum | | | | | |
| 00160 | | BRU RMDRIV | 94828 | LESTER W FISHER | 17.750 |
| 00160 | | BRU RMDRIV | | | 26.625 |
| FISHER, LESTER W. | | | | 04/07/86  26.625 | |

NSC Payroll Register Detail
For Pay Period Ended
March 13, 2010

| Home Co | Cost Center | Job Typ | Employee Number | Name | Hourly Rate |
|---|---|---|---|---|---|
| | | | | **GAYNOR, WILLIAM H.** | |
| 00160 | BRU | RHDRIV | 94924 | WILLIAM M GAYNOR | 17.750 |
| 00160 | BRU | RHDRIV | | | 26.625 |
| 00160 | BRU | RHDRIV | | | 17.750 |
| 00160 | BRU | RHDRIV | | | 26.625 |
| | | | | Sum 05/14/85 26.625 | |
| | | | | **GOODWIN, RALPH W.** | |
| 00160 | MED | MGRPLA | 94959 | RALPH W GOODWIN | 24.579 |
| 00160 | MED | MGRPLA | | | 24.579 |
| | | | | Sum 04/10/72 24.579 | |
| | | | | **HARRIS, JACK D** | |
| 00160 | BRU | RHDRIV | 286766 | JACK D HARRIS | 17.000 |
| 00160 | BRU | RHDRIV | | | 25.500 |
| | | | | Sum 09/22/05 25.500 | |
| | | | | **HENDROCK, DOUGLAS E.** | |
| 00160 | THH | RHDRIV | 95126 | DOUGLAS E HENDROCK | 26.625 |
| 00160 | THH | RHDRIV | | | 17.950 |
| 00160 | THH | RHDRIV | | | 26.625 |
| 00160 | THH | RHDRIV | | | 17.750 |
| 00160 | THH | RHDRIV | | | 17.750 |
| | | | | Sum 05/12/88 17.750 | |
| | | | | **HIGY, NANCY L.** | |
| 00160 | GEN | OFFICE | 207108 | NANCY L HIGY | 15.525 |
| | | | | Sum 07/08/96 15.525 | |
| | | | | **HUDSON, TIMOTHY W** | |
| 00160 | MAS | RHDRIV | 240936 | TIMOTHY W HUDSON | 17.000 |
| | | | | Sum 06/24/99 17.000 | |
| | | | | **INTIHAR, BRIAN J.** | |
| 00160 | BRU | RHDRIV | 214746 | BRIAN J INTIHAR | 17.250 |
| 00160 | BRU | RHDRIV | | | 25.875 |
| 00160 | BRU | RHDRIV | | | 17.250 |
| | | | | Sum 03/31/97 17.250 | |
| | | | | **IRWIN, WALTER L** | |
| 00160 | MED | RHDRIV | 95206 | WALTER L IRWIN | 26.625 |
| 00160 | MED | RHDRIV | | | 17.750 |
| 00160 | MED | RHDRIV | | | 26.625 |
| 00160 | MED | RHDRIV | | | 17.750 |
| 00160 | MED | RHDRIV | | | 26.625 |

| Home Co | Home Cost Center | Job Typ | Employee Number | Name | | Hourly Rate |
|---|---|---|---|---|---|---|
| 00160 | MED | RMDRIV | 95206 | WALTER L IRWIN | 04/25/88 17.750 | 17.750 |
| **IRWIN, WALTER L.** Sum | | | | | | |
| 00160 | BRU | RMDRIV | 291590 | DARRELL G ISAAC | 04/19/04 17.000 | 17.000 |
| **ISAAC, DARRELL G** Sum | | | | | | |
| 00160 | GEN | MGRPLA | 95214 | DONALD A JACKSON | 04/22/87 27.166 | 27.166 |
| **JACKSON, DONALD A.** Sum | | | | | | |
| 00160 | BRU | RMDRIV | 291354 | JUSTIN M JACKSON | 04/15/04 17.000 | 25.500 |
| 00160 | BRU | RMDRIV | | | | 17.000 |
| **JACKSON, JUSTIN M** Sum | | | | | | |
| 00160 | CYF | RMDRIV | 95231 | ROBERT G JACOT | 07/10/78 18.250 | 18.250 |
| **JACOT, ROBERT G.** Sum | | | | | | |
| 00160 | GEN | MECH | 95265 | MARTIN A KABBAGE | 04/18/88 23.873 | 23.873 |
| **KABBAGE, MARTIN A.** Sum | | | | | | |
| 00160 | GEN | MECH | 95273 | GABRIEL P KAST | 04/07/86 27.000 | 18.000 |
| 00160 | GEN | MECH | | | | 27.000 |
| **KAST, GABRIEL P.** Sum | | | | | | |
| 00160 | GEN | MAINT | 95361 | THOMAS S KNIGHT JR | 03/26/73 26.980 | 26.980 |
| **KNIGHT JR, THOMAS S.** Sum | | | | | | |
| 00160 | GEN | MAINT | 95353 | FORREST R KNIGHT | 05/05/83 18.000 | 18.000 |
| 00160 | GEN | MAINT | | | | 18.000 |
| **KNIGHT, FORREST R.** Sum | | | | | | |
| 00160 | GEN | MECH | 115182 | JOSEPH L KUNDRAT | 04/19/93 17.750 | 17.750 |
| 00160 | GEN | MECH | | | | 17.750 |
| **KUNDRAT, JOSEPH L.** Sum | | | | | | |

| Home Co | Home Cost Center | Job Typ | Employee Number | Name | Hourly Rate |
|---|---|---|---|---|---|
| 00160 | BBL | BLCKOR | 115191 | MARK A LASCH | 26.250 |
| 00160 | BBL | BLCKOR | | 04/19/93  17.500 | 17.500 |
| | | | | LASCH, MARK A. | |
| | | | | Sum | |
| 00160 | MED | RMDRIV | 95388 | KENNETH A LAW | 17.750 |
| 00160 | MED | RMDRIV | | | 26.625 |
| 00160 | MED | RMDRIV | | | 17.750 |
| 00160 | MED | RMDRIV | | | 26.625 |
| | | | | LAW, KENNETH A. | |
| | | | | Sum    05/01/89  26.625 | |
| 00160 | TNN | RMDRIV | 95425 | RANDEL J LENTZ | 17.500 |
| 00160 | TNN | RMDRIV | | | 26.250 |
| | | | | LENTZ, RANDEL J. | |
| | | | | Sum    04/15/91  26.250 | |
| 00160 | BRU | RMDRIV | 218190 | VINCENT A LIEBENGUTH | 25.875 |
| 00160 | BRU | RMDRIV | | | 17.250 |
| | | | | LIEBENGUTH, VINCENT A. | |
| | | | | Sum    07/07/97  17.250 | |
| 00160 | TNN | RMDRIV | 125508 | RICHARD J LOOMIS | 17.500 |
| 00160 | TNN | RMDRIV | | | 26.250 |
| 00160 | TNN | RMDRIV | | | 17.500 |
| 00160 | TNN | RMDRIV | | | 17.500 |
| 00160 | TNN | RMDRIV | | | 26.250 |
| | | | | LOOMIS, RICHARD J. | |
| | | | | Sum    08/26/93  26.250 | |
| 00160 | GEN | SALES | 95505 | STEPHEN W MARKEL | 32.489 |
| | | | | MARKEL, STEPHEN W. | |
| | | | | Sum    03/27/89  32.489 | |
| 00160 | TNN | RMDRIV | 203431 | SCOTT A MCCRADY | 25.875 |
| 00160 | TNN | RMDRIV | | | 17.250 |
| | | | | MCCRADY, SCOTT A. | |
| | | | | Sum    04/15/96  17.250 | |
| 00160 | TNN | RMDRIV | 95468 | TIMOTHY R MCKEE | 17.750 |
| | | | | MCKEE, TIMOTHY R. | |
| | | | | Sum    04/21/89  17.750 | |
| 00160 | MAS | RMDRIV | 203879 | MICHAEL K MILLER | 17.250 |
| 00160 | MAS | RMDRIV | | | 25.875 |

| Home Co | Home Cost Center | Job Typ | Employee Number | Name | | Hourly Rate |
|---|---|---|---|---|---|---|
| | | | | **MILLER, MICHAEL K.** Sun | | |
| 00160 | MAS | RMDRIV | 203879 | MICHAEL K MILLER | 04/29/96 25.875 | 17.250 |
| 00160 | MAS | RMDRIV | | | | 25.875 |
| 00160 | MAS | RMDRIV | | | | 17.250 |
| 00160 | MAS | RMDRIV | | | | 25.875 |
| | | | | **MYERS, EUGENE J** Sun | | |
| 00160 | BRU | RMDRIV | 282765 | EUGENE J MYERS | 07/08/03 25.500 | 17.000 |
| 00160 | BRU | RMDRIV | | | | 25.500 |
| | | | | **NESTOR, JAMES W** Sun | | |
| 00160 | CYF | RMDRIV | 304514 | JAMES W NESTOR | 03/22/06 25.125 | 16.750 |
| 00160 | CYF | RMDRIV | | | | 25.125 |
| 00160 | CYF | RMDRIV | | | | 16.750 |
| 00160 | CYF | RMDRIV | | | | 25.125 |
| | | | | **NICHOLS, DANIEL L.** Sun | | |
| 00160 | GEN | MECH | 165577 | DANIEL L NICHOLS | 04/19/94 17.750 | 17.750 |
| 00160 | GEN | MECH | | | | 17.750 |
| | | | | **NIXON, JEFFREY A.** Sun | | |
| 00160 | BBL | CUBER | 95628 | JEFFREY A NIXON | 05/26/92 17.500 | 17.500 |
| | | | | **NOLAN, DAVID W.** Sun | | |
| 00160 | BRU | RMDRIV | 95636 | DAVID W NOLAN | 04/20/87 17.750 | 26.625 |
| 00160 | BRU | RMDRIV | | | | 17.750 |
| 00160 | BRU | RMDRIV | | | | 26.625 |
| 00160 | BRU | RMDRIV | | | | 17.750 |
| 00160 | BRU | RMDRIV | | | | 17.750 |
| | | | | **OSBORNE, JOHN** Sun | | |
| 00160 | BBL | MACHOP | 95687 | JOHN OSBORNE | 01/01/78 17.750 | 17.750 |
| | | | | **PACHOLENSKI, STEVE E.** Sun | | |
| 00160 | BBL | YARD | 95695 | STEVE E PACHOLENSKI | 06/16/76 17.500 | 17.500 |
| 00160 | BBL | YARD | | | | 17.500 |

| Home Co | Home Cost Center | Job Typ | Employee Number | Name | Hourly Rate |
|---|---|---|---|---|---|
| | | | | PACK, SCOTT A | |
| 00160 | GEN | OCTCTL | 224266 SCOTT A PACK | | 25.875 |
| 00160 | GEN | OCTCTL | | 01/16/98   17.250 | 17.250 |
| | | | | PERREN, KIM | |
| 00160 | CYF | RMDRIV | 168938 KIM PERREN | | 17.500 |
| 00160 | CYF | RMDRIV | | | 26.250 |
| 00160 | CYF | RMDRIV | | | 17.500 |
| | | | | PERRY JR, LOWELL T. | |
| 00160 | GEN | DISPAT | 246158 LOWELL T PERRY JR | 05/16/94   17.500 | 32.631 |
| | | | | 11/11/99   32.631 | |
| | | | | PETERSON, ANDREW | |
| 00160 | TRN | RMDRIV | 95759 ANDREW PETERSON | | 17.500 |
| 00160 | TRN | RMDRIV | | 04/19/91   26.250 | 26.250 |
| | | | | PINCOMBE, KENNETH D. | |
| 00160 | BRU | RMDRIV | 95775 KENNETH D PINCOMBE | | 17.750 |
| 00160 | BRU | RMDRIV | | | 26.635 |
| 00160 | BRU | RMDRIV | | 04/22/85   17.750 | 17.750 |
| | | | | POPOVIC, TODD M. | |
| 00160 | MAS | RMDRIV | 229340 TODD M POPOVIC | | 25.875 |
| 00160 | MAS | RMDRIV | | 06/29/98   17.250 | 17.250 |
| | | | | PRICE, TIMOTHY D. | |
| 00160 | MAS | RMDRIV | 229024 TIMOTHY D PRICE | | 25.875 |
| 00160 | MAS | RMDRIV | | 06/24/98   17.250 | 17.250 |
| | | | | ROTH, JAMES W. | |
| 00160 | BBL | BLOKOR | 95898 JAMES W ROTH | | 27.750 |
| 00160 | BBL | BLOKOR | | 04/12/71   18.500 | 18.500 |
| | | | | RYAN, TIMOTHY N RYAN | |
| 00160 | BRU | RMDRIV | 95919 TIMOTHY N RYAN | | 26.250 |
| 00160 | BRU | RMDRIV | | | 17.500 |
| 00160 | BRU | RMDRIV | | | 26.250 |
| 00160 | BRU | RMDRIV | | | 17.500 |

| Home Co | Home Cost Center | Job Typ | Employee Number | Name | Hourly Rate |
|---|---|---|---|---|---|
| 00160 | BRU | RHDRIV | 95919 | TIMOTHY N RYAN | 17.500 |
| RYAM, TIMOTHY N. | | | | 04/16/90  17.500 | |
| Sum | | | | | |
| 00160 | THN | RHDRIV | 95978 | STEVEN A SAYRE | 17.500 |
| 00160 | THN | RHDRIV | | | 26.250 |
| SAYRE, STEVEN A. | | | | 04/22/91  26.250 | |
| Sum | | | | | |
| 00160 | MAS | RHDRIV | 266634 | GEORGE J SCHADEL | 25.500 |
| 00160 | MAS | RHDRIV | | | 17.000 |
| SCHADEL, GEORGE J | | | | 06/10/02  17.000 | |
| Sum | | | | | |
| 00160 | CYF | MGRPLA | 95994 | DAVID H SCHECK | 24.861 |
| SCHECK, DAVID H. | | | | 03/07/77  24.861 | |
| Sum | | | | | |
| 00160 | CYF | LOADER | 96006 | ROGER G SCHECK | 17.750 |
| 00160 | CYF | LOADER | | | 26.625 |
| 00160 | CYF | LOADER | | | 17.750 |
| SCHECK, ROGER G. | | | | 04/08/85  17.750 | |
| Sum | | | | | |
| 00160 | TVN | MGRPLA | 226190 | SCOTT A SCHLEA | 21.635 |
| SCHLEA, SCOTT A. | | | | 04/20/98  21.635 | |
| Sum | | | | | |
| 00160 | CYF | RHDRIV | 96049 | GARY A SEYMOUR | 18.500 |
| SEYMOUR, GARY A. | | | | 05/21/73  18.500 | |
| Sum | | | | | |
| 00160 | GEN | DISPAT | 96065 | ROCKY D SHAUM | 18.000 |
| SHAUM, ROCKY D. | | | | 04/07/86  18.000 | |
| Sum | | | | | |
| 00160 | GEN | MAINT | 96073 | CARROLL R SHAW JR | 27.165 |
| SHAW JR, CARROLL. R. | | | | 05/05/85  27.165 | |
| Sum | | | | | |
| 00160 | GEN | SALES | 96081 | JACK G SHEAR JR | 29.099 |
| SHEAR JR, JACK G. | | | | 11/14/88  29.099 | |
| Sum | | | | | |

| Home Co | Home Cost Center | Job Typ | Employee Number | Name | | Hourly Rate |
|---|---|---|---|---|---|---|
| 00160 | | LOR HRPPLA | 249121 | ALAN M SHIEVER | | 21.635 |
| | | | | | 03/13/00 | 21.635 |
| SHIEVER, ALAN M. | | | | | | |
| Sum | | | | | | |
| 00160 | | BRU LOADER | 96090 | DENNIS L SHOOK | | 18.000 |
| 00160 | | BRU LOADER | | | | 27.000 |
| | | | | | 04/28/83 | 27.000 |
| SHOOK, DENNIS L. | | | | | | |
| Sum | | | | | | |
| 00160 | | BRU RMDRIV | 96153 | CURTIS E SLABAUGH | | 27.375 |
| 00160 | | BRU RMDRIV | | | | 18.250 |
| 00160 | | BRU RMDRIV | | | | 18.250 |
| | | | | | 04/04/77 | 18.250 |
| SLABAUGH, CURTIS E. | | | | | | |
| Sum | | | | | | |
| 00160 | | HAS LOADER | 96161 | CLIFFORD L SMITH | | 17.500 |
| 00160 | | HAS LOADER | | | | 26.250 |
| | | | | | 04/16/92 | 26.250 |
| SMITH, CLIFFORD L. | | | | | | |
| Sum | | | | | | |
| 00160 | | BBL OFFICE | 96196 | GEORGE R SPENCE | | 22.601 |
| | | | | | 04/03/78 | 22.601 |
| SPENCE, GEORGE R. | | | | | | |
| Sum | | | | | | |
| 00160 | | GEN MAINT | 96241 | GORDON K STALLINGS | | 18.750 |
| | | | | | 06/05/67 | 18.750 |
| STALLINGS, GORDON K. | | | | | | |
| Sum | | | | | | |
| 00160 | | GEN SALES | 96292 | GEORGE A STRONG | | 29.099 |
| | | | | | 05/07/90 | 29.099 |
| STRONG, GEORGE A. | | | | | | |
| Sum | | | | | | |
| 00160 | | GEN OCTCTL | 114809 | DAVID T SURRARRER | | 34.135 |
| | | | | | 04/06/93 | 34.135 |
| SURRARRER, DAVID T. | | | | | | |
| Sum | | | | | | |
| 00160 | | GEN MECH | 95313 | GREGORY S TAYLOR | | 17.750 |
| | | | | | 04/08/91 | 17.750 |
| TAYLOR, GREGORY S. | | | | | | |
| Sum | | | | | | |
| 00160 | | GEN MECH | 115220 | JAMES A VITHOUS | | 17.750 |
| 00160 | | GEN MECH | | | | 17.750 |
| | | | | | 04/19/93 | 17.750 |
| VITHOUS, JAMES A. | | | | | | |

| Home Co | Home Cost Center | Job Typ | Employee Number | Name | | Hourly Rate |
|---------|------------------|---------|-----------------|------|--|-------------|
| Sum | | | | | | |
| 00160 | | BRU RMDRIV | 96410 ROBERT D VOSHALL JR | | | 18.250 |
| 00160 | | BRU RMDRIV | | | | 18.250 |
| 00160 | | BRU RMDRIV | | | | 27.375 |
| VOSHALL, JR, ROBERT D. | | | | 06/09/77 | 27.375 | |
| Sum | | | | | | |
| 00160 | | BRU RMDRIV | 116370 GARY A WAGNER | | | 26.250 |
| 00160 | | BRU RMDRIV | | | | 17.500 |
| WAGNER, GARY A | | | | 04/27/93 | 17.500 | |
| Sum | | | | | | |
| 00160 | | BRU RMDRIV | 282124 VINCENT S WHISMAN | | | 25.500 |
| 00160 | | BRU RMDRIV | | | | 17.000 |
| WHISMAN, VINCENT S | | | | 06/09/03 | 17.000 | |
| Sum | | | | | | |
| Grand Total | | | | | | |
| Sum | | | | | | |

# QBS EMPLOYEES

QBS Payroll Register Detail
For Pay Period Ended
March 13, 2010

| Home Co | Home Cost Center | Job Typ | Employee Number | Name | | | Hourly Rate |
|---|---|---|---|---|---|---|---|
| **BAKER, DONALD A** | | | | | | | |
| 00200 | MTE | RNDRIV | 277069 | DONALD A BAKER | 04/21/03 | 13.650 | 13.650 |
| 00200 | MTE | RNDRIV | | | | | 13.650 |
| 00200 | MTE | RNDRIV | | | | | 20.475 |
| 00200 | MTE | RNDRIV | | | | | 13.650 |
| Sum | | | | | | | |
| **BLEININGER, JOE R** | | | | | | | |
| 00200 | MTE | BLOKOR | 291531 | JOE R BLEININGER | 04/19/04 | 13.650 | 13.650 |
| Sum | | | | | | | |
| **CHENEVEY, JAMES E.** | | | | | | | |
| 00200 | MTE | DISPAT | 93391 | JAMES E CHENEVEY | 04/03/87 | 18.667 | 18.667 |
| Sum | | | | | | | |
| **CRISCO, LACEY L.** | | | | | | | |
| 00200 | MTE | RNDRIV | 305411 | LACEY L CRISCO | 05/01/06 | 13.400 | 13.400 |
| Sum | | | | | | | |
| **DIEHL, THOMAS K.** | | | | | | | |
| 00200 | MTE | DUMPDR | 93403 | THOMAS K DIEHL | 09/27/91 | 21.225 | 14.150 |
| 00200 | MTE | DUMPDR | | | | | 21.225 |
| 00200 | MTE | DUMPDR | | | | | 14.150 |
| 00200 | MTE | DUMPDR | | | | | 21.225 |
| Sum | | | | | | | |
| **ERB, MARVIN E.** | | | | | | | |
| 00200 | MTE | BULKDR | 93411 | MARVIN E ERB | 04/01/81 | 22.800 | 15.200 |
| 00200 | MTE | BULKDR | | | | | 22.800 |
| Sum | | | | | | | |
| **FANKHAUSER, JERRY L.** | | | | | | | |
| 00200 | MTE | RNDRIV * | 93420 | JERRY L FANKHAUSER | 05/12/92 | 21.225 | 14.150 |
| 00200 | MTE | RNDRIV | | | | | 21.225 |
| 00200 | MTE | RNDRIV | | | | | 14.150 |
| 00200 | MTE | RNDRIV | | | | | 21.225 |
| Sum | | | | | | | |
| **FARVER, CHARLES H.** | | | | | | | |
| 00200 | MTE | MECH | 93438 | CHARLES H FARVER | 04/01/80 | 18.990 | 18.990 |
| Sum | | | | | | | |
| **HIZER, JAMES G.** | | | | | | | |
| 00200 | MTE | YARD | 307782 | JAMES G HIZER | | | 20.100 |
| 00200 | MTE | YARD | | | | | 13.400 |

| Home Co | Home Cost Center | Job Typ | Employee Number | Name | | Hourly Rate |
|---|---|---|---|---|---|---|
| | HIZER, JAMES G | | | | 09/07/06 13.400 | |
| | Sum | | | | | |
| 00200 | | NPH SALES | 93471 | TERRY L HUFF | 05/04/87 19.183 | 19.185 |
| | HUFF, TERRY L. | | | | | |
| | Sum | | | | | |
| 00200 | | MTE GNRLMG | 93489 | PAUL KANDEL JR | 03/01/73 35.673 | 35.673 |
| | KANDEL JR, PAUL | | | | | |
| | Sum | | | | | |
| 00200 | | MTE HPMECH | 93518 | ALEN D LAMB | | 14.150 |
| 00200 | | MTE HPMECH | | | 06/15/90 21.225 | 21.225 |
| | LAMB, ALEN D. | | | | | |
| | Sum | | | | | |
| 00200 | | MTE FLTBDR | 243601 | DONALD E LEIGHLEY | | 20.850 |
| 00200 | | MTE FLTBDR | | | | 13.900 |
| 00200 | | MTE FLTBDR | | | | 20.850 |
| 00200 | | MTE FLTBDR | | | | 13.900 |
| | LEIGHLEY, DONALD E | | | | 09/07/99 13.900 | |
| | Sum | | | | | |
| 00200 | | MTE BLOKOR | 281076 | ADEN B MILLER | | 20.475 |
| 00200 | | MTE BLOKOR | | | 05/02/03 13.650 | 13.650 |
| | MILLER, ADEN B | | | | | |
| | Sum | | | | | |
| 00200 | | MTE QCTCTL | 243306 | DUSTIN L MILLER | 06/28/99 17.163 | 17.163 |
| | MILLER, DUSTIN L. | | | | | |
| | Sum | | | | | |
| 00200 | | MTE MAINT | 245331 | ROBERT A MILLER | | 16.200 |
| 00200 | | MTE MAINT | | | 10/18/99 24.300 | 24.300 |
| | MILLER, ROBERT A. | | | | | |
| | Sum | | | | | |
| 00200 | | NPH YARD | 93542 | ROGER O MILLER | 02/23/87 18.092 | 18.092 |
| | MILLER, ROGER O. | | | | | |
| | Sum | | | | | |
| 00200 | | WST MGRPLA | 286205 | JEFFREY C MINTER | 09/08/03 24.098 | 24.098 |
| | MINTER, JEFFREY C | | | | | |
| | Sum | | | | | |

QBS Payroll Register Detail
For Pay Period Ended
March 13, 2010

| Home Co | Cost Center | Job Typ. | Employee Number | Name | | Hourly Rate |
|---|---|---|---|---|---|---|
| 00200 | | MTE | MECH | 19392 HAROLD OVERLY | | 13.900 |
| 00200 | | MTE | MECH | | 06/26/95 | 20.850 |
| OVERLY, HAROLD Sum | | | | HAROLD OVERLY | 20.850 | |
| 00200 | | MTE | DUMPDR | 299727 JAMES A PRICE | | 13.400 |
| PRICE, JAMES A Sum | | | | JAMES A PRICE | 06/14/05 13.400 | |
| 00200 | | UST | DISPAT | 93551 JAMES R RADER | | 20.697 |
| RABER, JAMES R. Sum | | | | JAMES R RADER | 06/01/82 20.697 | |
| 00200 | | MTE | BLOKDR | 93577 GENE E RICHARDSON | | 21.600 |
| 00200 | | | BLOKDR | | | 14.400 |
| 00200 | | | BLOKDR | | | 21.600 |
| 00200 | | | BLOKDR | | | 14.400 |
| RICHARDSON, GENE E Sum | | | | GENE E RICHARDSON | 09/26/89 14.400 | |
| 00200 | | MTE | DISPAT | 281359 CHARLES G SHAFER | | 16.827 |
| SHAFER, CHARLES G Sum | | | | CHARLES G SHAFER | 05/12/03 16.827 | |
| 00200 | | MTE | LOADER | 256225 RICHARD D STRINGER | | 20.475 |
| 00200 | | MTE | LOADER | | | 13.650 |
| STRINGER, RICHARD D Sum | | | | RICHARD D STRINGER | 10/30/00 13.650 | |
| 00200 | | MTE | BULKDR | 93651 GARY L TROYER | | 14.150 |
| 00200 | | MTE | BULKDR | | | 21.225 |
| TROYER, GARY L. Sum | | | | GARY L TROYER | 06/15/90 21.225 | |
| 00200 | | MTE | MACHOP | 298732 GARY L YUTZY | | 21.000 |
| 00200 | | MTE | MACHOP | | | 21.000 |
| 00200 | | MTE | MACHOP | | | 21.000 |
| 00200 | | MTE | MACHOP | | | 14.000 |
| 00200 | | MTE | MACHOP | | | 14.000 |
| 00200 | | MTE | MACHOP | | | 21.000 |
| 00200 | | MTE | MACHOP | | | 14.000 |
| YUTZY, GARY L. Sum | | | | GARY L YUTZY | 05/02/05 14.000 | |
| 00200 | | MTE | MACHOP | 93673 KENNETH YUTZY | | 22.500 |

QBS Payroll Register Detail
For Pay Period Ended
March 13, 2010

| Home Co | Home Cost Center | Job Typ | Employee Number | Name | Hourly Rate |
|---------|------------------|---------|-----------------|------|-------------|
| 00200 | | MTE MACHOP | 93673 | KENNETH YUITZY | 15.000 |
| | | | | 06/01/85 15.000 | |

YUITZY, KENNETH
Sum

Grand Total
Sum

# SII EMPLOYEES

SII Payroll Register Detail
For Pay Period Ended
March 13, 2010

| Home Co | Home Cost Center | Job Typ | Employee Number | Name | | Hourly Rate |
|---|---|---|---|---|---|---|
| 00110 | | SII OFFICE | 96760 | SANDRA K BOOTH | 07/27/89 | 12.450 |
| 00110 | | SII OFFICE | | | | 12.450 |
| | BOOTH, SANDRA K. *(Collections)* | | | | | |
| Sum | | | | | 12.450 | |
| 00110 | | SII OFFICE | 241445 | JOANNE M CRAIGO | 07/06/99 | 11.550 |
| | CRAIGO, JOANNE M. *(Accts Payable)* | | | | | |
| Sum | | | | | 11.550 | |
| 00110 | | SII OFFICE | 131465 | DAVID R EXLEY | 11/15/93 | 39.423 |
| | EXLEY, DAVID R. *(Admin/Accts)* | | | | | |
| Sum | | | | | 39.423 | |
| 00110 | | SII MGRPLA | 93147 | GERALD H GWINN | 07/07/67 | 34.135 |
| | GWINN, GERALD H. *(TCC Sales)* | | | | | |
| Sum | | | | | 34.135 | |
| 00110 | | SII OFFICE | 220257 | RHONDA S HAUK | 08/28/97 | 13.950 |
| | HAUK, RHONDA S. *(Accts)* | | | | | |
| Sum | | | | | 13.950 | |
| 00110 | | SII OFFICE | 308013 | LYNN A KEENER | 09/18/06 | 9.900 |
| | KEENER, LYNN A. *(Payroll)* | | | | | |
| Sum | | | | | 9.900 | |
| 00110 | | SII CFO | 318756 | CHARLES H KIKO | 06/29/09 | 93.750 |
| 00110 | | SII CFO | | | | 93.750 |
| | KIKO, CHARLES H. *(CFO)* | | | | | |
| Sum | | | | | 93.750 | |
| 00110 | | SII OFFICE | 174879 | ANN M KIRKBRIDE | 06/27/94 | 11.100 |
| 00110 | | SII OFFICE | | | | 11.100 |
| | KIRKBRIDE, ANN M. *(Billing)* | | | | | |
| Sum | | | | | 11.100 | |
| 00110 | | SII ASTPRE | 98674 | DAVID L MORELAND | 01/02/73 | 62.058 |
| | MORELAND, DAVID L. *(Exec V-P)* | | | | | |
| Sum | | | | | 62.058 | |
| 00110 | | SII OFFICE | 282491 | TIMOTHY A PEDERSEN | 06/26/03 | 23.798 |
| | PEDERSEN, TIMOTHY A. *(I.T.)* | | | | | |
| Sum | | | | | 23.798 | |

| Home Co | Home Cost Center | Job Typ | Employee Number | Name | | Hourly Rate |
|---|---|---|---|---|---|---|
| 00110 | | SII GNRLNG | 93569 | CLINTON E RANDLES | | 55.147 |
| | RANDLES, CLINTON E. Sum | OYA OPERATIONS | | 01/02/72 | 55.147 | |
| 00110 | | SII CONTRL | 217971 | JEFFREY L RAPER | | 49.519 |
| | RAPER, JEFFREY L. Sum | RUNNING (ACCTG) | | 06/30/97 | 49.519 | |
| 00110 | | SII CLEAN | 96858 | CATHI A SCOTT | | 14.000 |
| | SCOTT, CATHI A. Sum | PT CLEANING SVC | | 09/26/87 | 14.000 | |
| 00110 | | SII OFFICE | 96874 | NANCY R SMITH | | 18.788 |
| | SMITH, NANCY R. Sum | PAYROLL | | 06/26/89 | 18.788 | |
| 00110 | | SII OFFICE | 30167 | DAWN R SPEEDY | | 9.750 |
| | SPEEDY, DAWN R. Sum | ACCTG CLER | | 10/03/05 | 9.750 | |
| Grand Total Sum | | | | | | |

# SRM EMPLOYEES

DR = Driver

SCHWAB READY MIX, INC.

Check Register By Employee

| Employee | Department | Norm Earn |
|---|---|---|
| 1200 | DR200 | $827.62 |
| AARON, CARL | A'lico | |
| * Employee Totals: | | $827.62 |
| | Orange Grove Worker | |
| 1550 | FR000 | $577.30 |
| ARANDA, GERARDO | | |
| * Employee Totals: | | $577.30 |
| | Orange Grove Worker | |
| 1560 | FR000 | $402.00 |
| ARANDA, GUSTAVO | | |
| * Employee Totals: | | $402.00 |
| 1800 | DR200 | $556.24 |
| AUPONT, LEO | Alico | |
| * Employee Totals: | | $556.24 |
| 1820 | DR200 | $873.08 |
| BAIN, RANDALL | Alico | |
| * Employee Totals: | | $873.08 |
| 2100 | DR700 | $639.45 |
| BATES, JOHNY | Bradenton | |
| * Employee Totals: | | $639.45 |
| 2200 | DS400 | $719.92 |
| BIGGS, MARK | Punta Gorda | |
| * Employee Totals: | | $719.92 |
| 2210 | DR200 | $474.34 |
| BIGGS, ROGER | Alico | |

SCHWAB READY MIX, INC.
Check Register By Employee

| Employee | Department | Norm Earn |
|---|---|---|
| | | |
| * Employee Totals: | | $474.34 |
| | *(handwritten: North Sales)* | |
| 2600 | SA400 | $1,006.02 |
| BROWN, STEVEN W. | | |
| | | |
| * Employee Totals: | | $1,006.02 |
| | | |
| 3000 | DR200 *(handwritten: Alico)* | $608.46 |
| CARTER, JEFFREY S. | | |
| | | |
| * Employee Totals: | | $608.46 |
| | *(handwritten: Driver/Dispatch)* | |
| 3399 | DR200 *(handwritten: President)* | $1,441.67 |
| CHINDAMO-JR., WILLIAM | | |
| | | |
| * Employee Totals: | | $1,441.67 |
| | *(handwritten: North Plant Manager)* | |
| 3400 | MA100 | $1,328.40 |
| CHINDAMO-SR., WILLIAM J. | | |
| | | |
| * Employee Totals: | | $1,328.40 |
| | | |
| 3425 | DR700 *(handwritten: Bradenton)* | $332.06 |
| CHRISTMAN, HAROLD D. | | |
| | | |
| * Employee Totals: | | $332.06 |
| | | |
| 3650 | DR200 *(handwritten: Alico)* | $303.71 |
| CORREA, JULIO | | |
| | | |
| * Employee Totals: | | $303.71 |
| | *(handwritten: Mechanic - Punta Gorda)* | |
| 3800 | MC400 | $880.86 |
| CRANE, JASON T. | | |

SCHWAB READY MIX, INC.
Check Register By Employee

| Employee | Department | Norm Earn |
|----------|------------|-----------|
| * Employee Totals: | | $880.86 |

*Orange Grove Supervisor* (handwritten)

| 4000 | FR100 | $960.00 |
| CURTIS, HAROLD J. | | |

| * Employee Totals: | | $960.00 |

| 4070 | DR200 | $704.00 |
| DEL-TORO, JOEL | Alico (handwritten) | |

| * Employee Totals: | | $704.00 |

| 4150 | DR200 | $401.08 |
| DEMARET, JOHN J. | Alico (handwritten) | |

| * Employee Totals: | | $401.08 |

*Mechanic Alico* (handwritten)

| 4250 | MC200 | $710.15 |
| DINKENS, RANDY W. | | |

| * Employee Totals: | | $710.15 |

*Office Manager* (handwritten)

| 4450 | MA100 | $1,080.00 |
| DRAGONI, MARGARET A. | | |

| * Employee Totals: | | $1,080.00 |

| 4500 | DR700 | $750.80 |
| DUDUKA, OKTAVIJAN | Bradinin (handwritten) | |

| * Employee Totals: | | $750.80 |

| 4550 | DR200 | $613.48 |
| DUNN, DANIEL | Alico (handwritten) | |

| * Employee Totals: | | $613.48 |

SCHWAB READY MIX, INC.

Check Register By Employee

| Employee | Department | Norm Earn |
|---|---|---|
| 5800 | DR400 *(Punta Gorda)* | $537.70 |
| GIORDANO, FRANK L | | |

* Employee Totals: $537.70

| 5800 | DR400 | $861.71 |
|---|---|---|
| GRIFFIN, MICHAEL A | *Punta Gorda* | |

* Employee Totals: $861.71

*(DOT Compliance)*

| 6080 | MA100 | $469.80 |
|---|---|---|
| HERMANCE, GREG A. | | |

* Employee Totals: $469.80

*(Sales)*

| 6200 | SA200 | $1,291.95 |
|---|---|---|
| HERNDON, LES M. | | |

* Employee Totals: $1,291.95

*(SR VP manages Operations)*

| 6450 | MA100 | $6,156.00 |
|---|---|---|
| HIRE, RICHARD H. | | |

*(* Includes 1 wk vacation)*

* Employee Totals: $6,156.00

| 6500 | DR700 | $551.12 |
|---|---|---|
| HOWARD, JAMES R. | *Bradenton* | |

* Employee Totals: $551.12

| 6550 | DR700 | $368.55 |
|---|---|---|
| HUKILL, BILLY D. | *Bradenton* | |

* Employee Totals: $368.55

*(Dispatch - Punta Gorda)*

| 6750 | DS400 | $1,235.25 |
|---|---|---|
| JERMIER, JOHN | | |

| Employee | Department | Norm Earn |
|----------|-----------|-----------|
| | | |
| * Employee Totals: | | $1,235.25 |
| | | |
| 7050 | DR700 | $439.59 |
| JONES-JR.,NATHANIEL | | |
| | | |
| * Employee Totals: | | $439.59 |
| | | |
| 7100 | DR700 | $745.68 |
| JORGE, ROGELIO | | |
| | | |
| * Employee Totals: | | $745.68 |
| | | |
| 7150 | DR200 | $417.43 |
| JOSEPH, ELITENE | | |
| | | |
| * Employee Totals: | | $417.43 |
| | | |
| 7300 | DR200 | $643.28 |
| JUAREZ, HERMINGILDO M. | | |
| | | |
| * Employee Totals: | | $643.28 |
| | | |
| 7320 | SA200 | $1,312.20 |
| KENNEDY, KEVIN | | |
| | | |
| * Employee Totals: | | $1,312.20 |
| | | |
| 7450 | DR200 | $799.84 |
| KIDD, STEPHEN M. | | |
| | | |
| * Employee Totals: | | $799.84 |
| | | |
| 7500 | QC050 | $831.06 |
| KNAUF, WILLIAM C. | | |

SCHWAB READY MIX, INC.

Check Register By Employee

| Employee | Department | Norm Earn |
|----------|-----------|-----------|
| * Employee Totals: | | $831.06 |

*Sr. V.P.*
*Manager Admin/Sales*

| 7800 | MA100 | $3,078.00 |
| LANTRIP, DAVID | | |

| * Employee Totals: | | $3,078.00 |

| 8100 | DR400 | $658.64 |
| LOKKER, WAYNE R. | *Yerba Buena* | |

| * Employee Totals: | | $658.64 |

| 8200 | DR200 *alico* | $355.05 |
| LOPEZ, FRANCISCO F. | | |

| * Employee Totals: | | $355.05 |

| 8375 | DR700 | $423.78 |
| LORIA, ERIC J. | *Bradenton* | |

| * Employee Totals: | | $423.78 |

*Orange grove*
*worker*

| 8550 | FR000 | $422.00 |
| LUVIANO, VICTOR | | |

| * Employee Totals: | | $422.00 |

| 8750 | DR400 *Punta* | $464.10 |
| MANUGUERRA, RAYMOND C. | *Gorda* | |

| * Employee Totals: | | $464.10 |

*Driver/Dispatch*

| 8800 | DS200 | $910.21 |
| MARSHALL, GRADY | | |

| * Employee Totals: | | $910.21 |

SCHWAB READY MIX, INC.
Check Register By Employee

| Employee | Department | Norm Earn |
|---|---|---|
| 8850 | DR400 *Punta Gorda* | $841.99 |
| MARSHALL-SR , THOMAS M | | |

* Employee Totals:       $841.99

| 3100 | DR400 *Punta Gorda* | $242.29 |
| MEDINA CASTILLO, ROGMER | | |

* Employee Totals:       $242.29

| 9200 | DR400 *Punta Gorda* | $356.04 |
| MIDGETT, ROBERT | | |

* Employee Totals:       $356.04

*Office / IT*

| 9270 | CL100 | $887.76 |
| MOJICA, PAUL | | |

* Employee Totals:       $887.76

*Dispatch · Avico*

| 9400 | DS200 | $1,174.50 |
| MOURICK, WAYNE S. | | |

* Employee Totals:       $1,174.50

*Office / accounting*

| 9500 | CL100 | $550.80 |
| MURPHY, JEANNE R. | | |

* Employee Totals:       $550.80

*Plant manager*

| 9600 | MA100 | $1,324.35 |
| NATOLI, BENJAMIN A. | | |

* Employee Totals:       $1,324.35

| 9710 | DR700 *Bradenton* | $553.45 |
| NEAL, DAVID M. | | |

SCHWAB READY MIX, INC.
Check Register By Employee

| Employee | Department | Norm Earn |
|---|---|---|
| | | |
| * Employee Totals: | | $553.45 |
| | | |
| 10300 | DS700 | $142.31 |
| PENNING, GRANT S. | *Bradenton* | |
| | | |
| * Employee Totals: | | $142.31 |
| | | |
| 10500 | DR400 | $855.26 |
| PERRY, PATRICK R. | *Punta Gorda* | |
| | | |
| * Employee Totals: | | $855.26 |
| | *official credit* | |
| 10550 | CL100 | $712.80 |
| PIAZZA, DIANE M. | | |
| | | |
| * Employee Totals: | | $712.80 |
| | | |
| 10790 | DR400 | $585.19 |
| QUEIOR, MARTIN K. | *Punta Gorda* | |
| | | |
| * Employee Totals: | | $585.19 |
| | *mechanic - North Plants* | |
| 11650 | MC600 | $1,008.97 |
| SHEEHY, RICKY | | |
| | | |
| * Employee Totals: | | $1,008.97 |
| | | |
| 11700 | DR400 | $560.53 |
| SHELDON, JOHN W. | *Punta Gorda* | |
| | | |
| * Employee Totals: | | $560.53 |
| | | |
| 11701 | DR700 | $202.40 |
| SKIBA, DANIEL | *Bradenton* | |

SCHWAB READY MIX, INC.
Check Register By Employee

| Employee | Department | Norm Earn |
|---|---|---|
| * Employee Totals: | | $202.40 |
| 11950 | DR200 *alico* | $463.54 |
| SPENCE, WENDELL D. | | |
| * Employee Totals: | | $463.54 |
| 12200 | DR200 *alico* | $772.56 |
| TAVERAS, VICTOR J. | | |
| * Employee Totals: | | $772.56 |
| *mechanic - Bradenton* | | |
| 12225 | MC700 | $790.70 |
| TAYLOR, CHAD | | |
| * Employee Totals: | | $790.70 |
| 12250 | DR400 *Punta Gorda* | $409.50 |
| TAYLOR, DAVID E. | | |
| * Employee Totals: | | $409.50 |
| *mechanic - Alico* | | |
| 12400 | MC200 | $737.53 |
| THORNTON, HARRY S. | | |
| * Employee Totals: | | $737.53 |
| *Office / A/R* | | |
| 12450 | CL100 | $760.00 |
| TOYAMA-NAKAMURA, CARMEN | | |
| * Employee Totals: | | $760.00 |
| *Office - Paralegal  Dave Schwab asst* | | |
| 12825 | CL100 | $706.32 |
| WEBB, KELLI J. | | |
| * Employee Totals: | | $706.32 |

| Employee | Department | Norm Earn |
|---|---|---|
| 12850 | DR200 | $111.78 |
| WILCOX, EDWARD M _(handwritten: Malico)_ | | |

| * Employee Totals: | | $111.78 |

_(handwritten: mechanic - Alico)_

| 13200 | MC200 | $871.74 |
| ZEH, BRIAN | | |

| * Employee Totals: | | $871.74 |

| ** Grand Totals: | | $54,785.89 |

* Number of records printed: 68

# TCC EMPLOYEES

TCC Payroll Register Detail
For Pay Period Ended
March 13, 2010

| Home Co | Home Cost Center | Job Typ | Employee Number | Name | Hourly Rate |
|---|---|---|---|---|---|
| 00120 | CDZ | RMDRIV | 241314 | GEORGE BADO 06/28/99 | 14.600 |

**BADO, GEORGE**

| | | | | | |
|---|---|---|---|---|---|
| Sum | | | | 06/28/99   14.600 | |
| 00120 | DVR | RMDRIV | 93059 | RICHARD L BEITZEL | 15.100 |
| 00120 | DVR | RMDRIV | | | 15.100 |
| 00120 | DVR | RMDRIV | | | 15.100 |
| 00120 | DVR | RMDRIV | | | 15.100 |

**BEITZEL, RICHARD L.**

| | | | | | |
|---|---|---|---|---|---|
| Sum | | | | 07/29/87   15.100 | |
| 00120 | DVR | MGRPLA | 93091 | TODD M DAPOZ | 21.858 |

**DAPOZ, TODD M.**

| | | | | | |
|---|---|---|---|---|---|
| Sum | | | | 06/01/87   21.858 | |
| 00120 | CDZ | RMDRIV | 191193 | TIMOTHY J FENSTAMAKER | 14.600 |
| 00120 | CDZ | RMDRIV | | | 21.900 |
| 00120 | CDZ | RMDRIV | | | 14.600 |
| 00120 | CDZ | RMDRIV | | | 14.600 |
| 00120 | CDZ | RMDRIV | | | 14.600 |
| 00120 | CDZ | RMDRIV | | | 14.600 |
| 00120 | CDZ | RMDRIV | | | 14.600 |
| 00120 | CDZ | RMDRIV | | | 21.900 |
| 00120 | CDZ | RMDRIV | | | 14.600 |
| 00120 | CDZ | RMDRIV | | | 21.900 |
| 00120 | CDZ | RMDRIV | | | 14.600 |

**FENSTAMAKER, TIMOTHY J.**

| | | | | | |
|---|---|---|---|---|---|
| Sum | | | | 05/24/95   14.600 | |
| 00120 | DVR | BATCH | 93104 | JOHN M FOUST | 15.850 |
| 00120 | DVR | BATCH | | | 15.850 |
| 00120 | DVR | BATCH | | | 23.775 |
| 00120 | DVR | BATCH | | | 15.850 |
| 00120 | DVR | BATCH | | | 15.850 |
| 00120 | DVR | BATCH | | | 23.775 |
| 00120 | DVR | BATCH | | | 15.850 |
| 00120 | DVR | BATCH | | | 23.775 |

**FOUST, JOHN M.**

| | | | | | |
|---|---|---|---|---|---|
| Sum | | | | 06/09/70   23.775 | |
| 00120 | DVR | MECH | 93112 | LARRY L FREED | 15.600 |

**FREED, LARRY L.**

| | | | | | |
|---|---|---|---|---|---|
| Sum | | | | 06/06/77   15.600 | |
| 00120 | CDZ | RMDRIV | 311571 | VANCE A LONG | 14.100 |
| 00120 | CDZ | RMDRIV | | | 14.100 |
| 00120 | CDZ | RMDRIV | | | 21.150 |

TCC Payroll Register Detail
For Pay Period Ended
March 13, 2010

| Home Co | Home Cost Center | Job Typ | Employee Number | Name | | Hourly Rate |
|---|---|---|---|---|---|---|
| | | | | LONG, VANCE A | | |
| | | | | 06/04/07  21.150 | | |
| Sum | | | | | | |
| 00120 | CDZ | MECH | 206447 | MICHAEL O LUYSTER | | 14.600 |
| 00120 | CDZ | MECH | | | | 14.600 |
| 00120 | CDZ | MECH | | | | 14.600 |
| | | | | LUYSTER, MICHAEL O. | | |
| | | | | 06/26/96  14.600 | | |
| Sum | | | | | | |
| 00120 | CDZ | RNDRIV | 169754 | STANLEY M ORZOLEK | | 14.850 |
| 00120 | CDZ | RNDRIV | | | | 14.850 |
| 00120 | CDZ | RNDRIV | | | | 14.850 |
| 00120 | CDZ | RNDRIV | | | | 14.850 |
| 00120 | CDZ | RNDRIV | | | | 14.850 |
| 00120 | CDZ | RNDRIV | | | | 22.275 |
| | | | | ORZOLEK, STANLEY M. | | |
| | | | | 06/01/94  22.275 | | |
| Sum | | | | | | |
| 00120 | DVR | RNDRIV | 93278 | MARK F SCHIARM | | 15.600 |
| | | | | SCHIARM, MARK F. | | |
| | | | | 07/11/77  15.600 | | |
| Sum | | | | | | |
| 00120 | DVR | RNDRIV | 182625 | RICHARD P SENTZ | | 14.350 |
| | | | | SENTZ, RICHARD P | | |
| | | | | 10/07/94  14.350 | | |
| Sum | | | | | | |
| 00120 | CDZ | WGRPLA | 115713 | CRAIG W SPEICHER | | 18.750 |
| | | | | SPEICHER, CRAIG W. | | |
| | | | | 04/19/93  18.750 | | |
| Sum | | | | | | |
| 00120 | DVR | RNDRIV | 93286 | JIMMIE W STEELE | | 15.600 |
| 00120 | DVR | RNDRIV | | | | 23.400 |
| 00120 | DVR | RNDRIV | | | | 15.600 |
| | | | | STEELE, JIMMIE W | | |
| | | | | 05/02/77  15.600 | | |
| Sum | | | | | | |
| 00120 | CDZ | RNDRIV | 312709 | JESSE J WRIGHT | | 14.100 |
| 00120 | CDZ | RNDRIV | | | | 14.100 |
| | | | | WRIGHT, JESSE J | | |
| | | | | 08/13/07  14.100 | | |
| Sum | | | | | | |
| Grand Total | | | | | | |
| Sum | | | | | | |

10-60702-rk   Doc 338-3   FILED 05/03/10   ENTERED 05/03/10 00:08:05   Page 35 of 41

# ECC EMPLOYEES

EASTERN CEMENT CORP.
Check Register By Employee

| Employee | Department | Norm Earn |
|---|---|---|
| 2000 | DISPATCH | $620.47 |
| ADAMS, THEODORE | | |
| * Employee Totals: | | $620.47 |
| 375 | Terminal Operations SUPERVISOR | $1,133.08 |
| FORE, GARY | | |
| * Employee Totals: | | $1,133.08 |
| 475 | DISPATCH | $934.46 |
| KRAEMER, EDWARD | | |
| * Employee Totals: | | $934.46 |
| 505 | VP SALES | $2,392.00 |
| LAPOINTE, LAWRENCE | | |
| * Employee Totals: | | $2,392.00 |
| 2071 | TERMINAL Laborer | $716.54 |
| MARTIN, MICHAEL | | |
| * Employee Totals: | | $716.54 |
| 600 | President OFFICE | $3,846.15 |
| NEWHART, MARK T. | | |
| * Employee Totals: | | $3,846.15 |
| 2095 | Ship SUPERVISOR | $1,323.58 |
| QUIROZ, RICK | | |
| * Employee Totals: | | $1,323.58 |
| 2120 | SALES | $1,092.00 |
| REICH, JEREMY | | |

EASTERN CEMENT CORP.
Check Register By Employee

| Employee | Department | Norm Earn |
|----------|-----------|-----------|

\* Employee Totals:          $1,092.00

\*\* Grand Totals:            $12,058.28

\* Number of records printed: 8

Schedule 3.8(b)

Benefit Plans

1.  Schwab Industries, Inc. Employees' Pension Plan, as amended and restated effective May 1, 2000; amended to freeze as of May 1, 2010.

2.  Schwab Industries, Inc., Employee Savings 401(k) Plan.

3.  Schwab Industries, Inc. Medical, and Short Term Disability Care Plan (dental and vision cancelled as of 4/1/10).

4.  Supplemental Retirement Agreement by and between Schwab Industries, Inc. and Jerry A. Schwab and Donna L. Schwab, effective October 1, 2009. Payments under agreement deferred as of April 1, 2010.

5.  Supplemental Retirement Agreement by and between Schwab Industries, Inc. and Jerry A. Schwab and Donna L. Schwab, effective October 1, 2009. Payments under agreement deferred as of April 1, 2010.

6.  See attached list of certain supplemental pension benefits.

## Medina Supply Company
### Monthly Supplemental Pension Benefits

| | Amount | Co # | Empl # | S/S # | DOH | DOB | DOT | Phone # | Spouse | QDRO alt payee |
|---|---|---|---|---|---|---|---|---|---|---|
| Albrecht, Sherwood | $ 350.90 | 160 | 63722 | 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 | 07/08/46 | 05/15/25 | 07/07/89 | (330) 723-3007 | Janice | SLA |
| Anderson, Charles N. | $ 424.18 | 160 | 63731 | 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 | 09/19/51 | 07/27/27 | 12/31/84 | (419) 869-7443 | Margaret | |
| Fields, George | $ 63.24 | 160 | 94801 | 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 | 05/14/63 | 03/16/35 | 04/01/97 | (330) 725-7101 | Nora | 100% J&S |
| Fullerton, Edward | $ 508.66 | 160 | 96567 | 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 | 06/01/56 | 01/03/38 | 01/28/00 | (330) 725-5757 | Alice | 100% J&S |
| Lacquement, Carole | $ 72.21 | 160 | 63749 | 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 | 05/18/53 | 01/07/22 | 12/27/86 | (440) 322-5019 | BEN | |
| Norton, Bernard | $ 75.25 | 160 | 95644 | 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 | 05/29/61 | 05/15/37 | 12/25/99 | (330) 435-6607 | Gloria | 100% J&S |
| Sprankle, John | $ 226.72 | 160 | 63757 | 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 | 09/20/48 | 05/05/25 | 04/25/87 | (330) 336-2622 | None | |
| Stallings, E. David | $ 101.63 | 160 | 96233 | 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 | 05/16/60 | 06/15/42 | 12/31/07 | (440) 723-8050 | Patricia | 50% J&S |
| Voshall, Lois | $ 26.77 | 160 | 96401 | 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 | 04/23/56 | 12/27/31 | 12/31/96 | (330) 723-6153 | BEN | |
| **TOTALS** | $ 1,849.56 | | | | | | | | | |

## Twin Cities Concrete
### Semi Annual Supplemental Pension Benefits

| | Amount | Co # | Empl # | S/S # | DOH | DOB | DOT | Phone # | Spouse | QDRO alt payee |
|---|---|---|---|---|---|---|---|---|---|---|
| Harris, Helen | $ 346.92 | 120 | 119941 | 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 | 01/01/67 | 06/09/27 | 06/05/92 | (330) 339-1874 | BEN | |

## Eastern Cement Company
### Monthly Supplemental Pension Benefits

| | Amount | Co # | Empl # | S/S # | DOH | DOB | DOT | Phone # | Spouse | QDRO alt payee |
|---|---|---|---|---|---|---|---|---|---|---|
| Edenfield, Lawrence | $ 1,500.00 | 220 | 259127 | 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 | 05/10/84 | 07/30/34 | 12/31/01 | (941) 708-3059 | Joan | 100% J&S |

## Schwab Industries, Inc.
### Monthly Supplemental Pension Benefits

| | Amount | Co # | Empl # | S/S # | DOH | DOB | DOT | Phone # | Spouse | QDRO alt payee |
|---|---|---|---|---|---|---|---|---|---|---|
| Schwab, Jerry | $40,000.00 | 110 | 98431 | 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 | 09/15/50 | 06/05/27 | 09/30/09 | (330) 340-5533 | Donna | 100% J&S |
| Schwab, Donna | $ 10,000.00 | 110 | 98458 | 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 | 01/02/87 | 11/06/31 | 09/30/09 | (330) 340-5532 | Jerry | 100% J&S |
| **TOTALS** | $50,000.00 | | | | | | | | | |

QDRO alt payee - participant option 50% J&S