UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
AT CANTON

---------------------------------------------------------- x
                                                           :   Chapter 11
In re:                                                     :
                                                           :   Case No. 10-60702
SCHWAB INDUSTRIES, INC., *et al.*[1]                       :   (Jointly Administered)
                                                           :
                        Debtors.                           :   Judge Russ Kendig
                                                           :
---------------------------------------------------------- x

**AMENDED NOTICE OF EXPEDITED HEARING ON
MOTION FOR A REVISED BIDDING PROCEDURES ORDER APPROVING
(1) EXECUTED STALKING HORSE ASSET PURCHASE AGREEMENT;
(2) PROPOSED BREAK-UP FEE AND EXPENSE REIMBURSEMENT; (3) REVISED
BIDDING PROCEDURES; (4) THE FORM AND MANNER OF SERVICE OF NOTICE
OF THE SALE HEARING AND AUCTION; AND (5) THE FORM AND MANNER OF
SERVICE OF NOTICE OF THE ASSUMPTION AND ASSIGNMENT OF CERTAIN
EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

PLEASE TAKE NOTICE THAT, on May 3, 2010, Schwab Industries, Inc ("SII"), Medina Cartage Co. ("MCC"), Medina Supply Company ("MSC"), Quality Block & Supply, Inc. ("QBS"), O.I.S. Tire, Inc. ("OIS"), Twin Cities Concrete Company ("TCC"), Schwab Ready-Mix, Inc. ("SRM"), Schwab Materials, Inc. ("SMI") and Eastern Cement Corp. ("ECC", and together with SII, MCC, MSC, QBS, OIS, TCC, SRM and SMI, the "Debtors"), the debtors and debtors in possession in the above-captioned Chapter 11 cases (the "Cases"), filed a motion revise certain bidding procedures and to designate Cement Resources, LLC as a stalking horse bidder at the auction for the sale of substantially all Debtors' assets (the "Motion to Revise Bidding Procedures"), subject to certain conditions and approval of the Court.

PLEASE TAKE FURTHER NOTICE THAT, on **Tuesday, May 11, 2010** at **10:00 a.m.**, Eastern Time, the Honorable Russ Kendig, United States Bankruptcy Judge, will conduct an

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number are: Schwab Industries, Inc. (2467); Medina Cartage Co. (9373); Medina Supply Company (3995); Quality Block & Supply, Inc. (2186); O.I.S. Tire, Inc. (7525); Twin Cities Concrete Company (9196); Schwab Ready-Mix, Inc. (8801); Schwab Materials, Inc. (8957); and Eastern Cement Corp. (7232).

expedited hearing (the "Hearing") in the Bankruptcy Courtroom at the United States Bankruptcy Court, Frank T. Bow Federal Building, 201 Cleveland Avenue, S.W., Canton, Ohio 44702, with respect to the following Motion filed by the Debtors:

*Motion for a Revised Bidding Procedures Order Approving (1) Executed Stalking Horse Asset Purchase Agreement; (2) Proposed Break-Up Fee and Expense Reimbursement; (3) Revised Bidding Procedures; (4) the Form and Manner of Service of Notice of the Sale Hearing and Auction; and (5) the Form and Manner of Service of Notice of the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases.*

Objections to the Motion are required to be filed with the Court and served on counsel for the Debtors no later than twenty-four (24) hours in advance of the Hearing.

Any party that wishes to obtain a copy of the above-listed Motion to Revise Bidding Procedures may contact Colleen Beitel at Hahn Loeser & Parks LLP, by e-mail at cmbeitel@hahnlaw.com.

**PLEASE TAKE FURTHER NOTICE THAT, IF YOU OPPOSE THE RELIEF SOUGHT IN THE MOTION TO REVISE BIDDING PROCEDURES, OR IF YOU WOULD LIKE THE COURT TO CONSIDER YOUR VIEWS WITH RESPECT TO THE MOTION TO REVISE BIDDING PROCEDURES, THEN YOU OR YOUR ATTORNEY MUST ATTEND THE HEARING ON TUESDAY MAY 11, 2010 AT 10:00 AM EASTERN DAYLIGHT TIME.**

| | |
|---|---|
| Dated: May 5, 2010<br>Cleveland, Ohio | Respectfully Submitted,<br><br>*/s/ Christopher W. Peer*<br>Lawrence E. Oscar (0022696)<br>Daniel A. DeMarco (0038920)<br>Christopher W. Peer (0076257)<br>HAHN LOESER & PARKS LLP<br>200 Public Square, Suite 2800<br>Cleveland, Ohio  44114<br>Telephone:   (216) 621-0150<br>Facsimile:   (216) 241-2824<br>E-mail:      leoscar@hahnlaw.com<br>             dademarco@hahnlaw.com<br>      cpeer@hahnlaw.com<br>*Counsel to Debtors* |